# EXHIBIT 1-B

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | lalu102 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | lalu103 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu104 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu105 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu106 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu107 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu108 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu109 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu110 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu111 |
|---|---|---|
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu112 |
| | Date of First Publication | 20 July 2002 (Month Day Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu113 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu114 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu115 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu116 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu117 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu118 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu119 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu120 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu121 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C** Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | lalu122 |
| | Date of First Publication | 20 July 2002 (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |
| | Title of Photograph | lalu123 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu124 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu125 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu126 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu127 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu128 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu129 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu130 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |
| | Title of Photograph | lalu131 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu132 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu133 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu134 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu135 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu136 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu137 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu138 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu139 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu140 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | lalu141 |
|---|---|---|
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication (Month/Day/Year) | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | lalu142 | 20 July 2002 | Singapore | |
| | lalu143 | 20 July 2002 | Singapore | |
| | lalu144 | 20 July 2002 | Singapore | |
| | lalu145 | 20 July 2002 | Singapore | |
| | lalu146 | 20 July 2002 | Singapore | |
| | lalu147 | 20 July 2002 | Singapore | |
| | lalu148 | 20 July 2002 | Singapore | |
| | lalu149 | 20 July 2002 | Singapore | |
| | lalu150 | 20 July 2002 | Singapore | |
| | lalu151 | 20 July 2002 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | |
|---|---|---|---|
| | Title of Photograph | lalu152 | |
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | lalu153 | |
|---|---|---|---|
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | lalu154 | |
|---|---|---|---|
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | lalu155 | |
|---|---|---|---|
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | lalu156 | |
|---|---|---|---|
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | lalu157 | |
|---|---|---|---|
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | lalu158 | |
|---|---|---|---|
| | Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | muscat001 | |
|---|---|---|---|
| | Date of First Publication | 16 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | muscat002 | |
|---|---|---|---|
| | Date of First Publication | 16 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

| | Title of Photograph | muscat003 | |
|---|---|---|---|
| | Date of First Publication | 16 July 2002 | Nation of First Publication Singapore |
| | Description of Photograph | | |

**B** Registration for Group of Published Photographs (continued)

**Certificate will be mailed in window envelope to this address**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Title of Photograph: muscat004
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat005
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat006
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat007
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat008
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat009
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat010
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat011
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat012
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat013
Date of First Publication: 16 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| **Number** | Title of Photograph: muscat014<br>Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore<br>Description of Photograph (Optional): | **B**<br>Registration for Group of Published Photographs (continued) |
| **Number** | Title of Photograph: muscat015<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat016<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat017<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat018<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat019<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat020<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat021<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat022<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |
| **Number** | Title of Photograph: muscat023<br>Date of First Publication: 16 July 2002   Nation of First Publication: Singapore<br>Description of Photograph: | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat024 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication: Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat025 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat026 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat027 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat028 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat029 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub001 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub002 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub003 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub004 | |
| Date of First Publication | 12 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub005 |
| | Date of First Publication | 12 July 2002 (Month/Day/Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub006 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub007 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub008 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub009 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub010 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub011 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub012 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub013 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub014 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | legianclub015 | 12 July 2002 | Singapore | |
| | legian001 | 12 July 2002 | Singapore | |
| | legian002 | 12 July 2002 | Singapore | |
| | legian003 | 12 July 2002 | Singapore | |
| | legian004 | 12 July 2002 | Singapore | |
| | legian005 | 12 July 2002 | Singapore | |
| | legian006 | 12 July 2002 | Singapore | |
| | phuket042 | 2 December 2002 | Singapore | |
| | | | | |
| | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000