# EXHIBIT 1-D

**B**

Title of Photograph __chiangmai151__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai152__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai153__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai154__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai155__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai156__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai157__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai158__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai159__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __chiangmai160__
Date of First Publication __7__ __February__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | chiangmai161 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 (Month) | February (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chiangmai162 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai163 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai164 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai165 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai166 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai167 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai168 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai169 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai170 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chiangmai171 | 7 February 2007 | Singapore |
| chiangmai172 | 7 February 2007 | Singapore |
| chiangmai173 | 7 February 2007 | Singapore |
| chiangmai174 | 7 February 2007 | Singapore |
| chiangmai175 | 7 February 2007 | Singapore |
| chiangmai176 | 7 February 2007 | Singapore |
| chiangmai177 | 7 February 2007 | Singapore |
| chiangmai178 | 7 February 2007 | Singapore |
| chiangmai179 | 7 February 2007 | Singapore |
| chiangmai180 | 7 February 2007 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai181__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai182__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai183__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai184__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai185__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai186__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai187__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai188__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai189__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai190__
Date of First Publication __7__ __February__ __2007__  Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Number

Title of Photograph: chiangmai191
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai192
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai193
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai194
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai195
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai196
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai197
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai198
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai199
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

Number

Title of Photograph: chiangmai200
Date of First Publication: 7 February 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai201 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai202 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai203 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai204 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai205 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai206 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai207 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai208 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai209 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai210 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai211 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai212 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai213 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai214 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai215 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai216 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai217 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai218 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai219 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai220 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chiangmai221 | 7 February 2007 | Singapore |
| chiangmai222 | 7 February 2007 | Singapore |
| chiangmai223 | 7 February 2007 | Singapore |
| chiangmai224 | 7 February 2007 | Singapore |
| chiangmai225 | 7 February 2007 | Singapore |
| chiangmai226 | 7 February 2007 | Singapore |
| chiangmai227 | 7 February 2007 | Singapore |
| chiangmai228 | 7 February 2007 | Singapore |
| chiangmai229 | 7 February 2007 | Singapore |
| chiangmai230 | 7 February 2007 | Singapore |

**C**

Name ▼ Jennison & Shultz, PC
Number / Street / Apt ▼ 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼ Arlington, VA 22202-3604

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chiangmai231 | 7 February 2007 | Singapore |
| chiangmai232 | 7 February 2007 | Singapore |
| chiangmai233 | 7 February 2007 | Singapore |
| chiangmai234 | 7 February 2007 | Singapore |
| chiangmai235 | 7 February 2007 | Singapore |
| chiangmai236 | 7 February 2007 | Singapore |
| chiangmai237 | 7 February 2007 | Singapore |
| chiangmai238 | 7 February 2007 | Singapore |
| bkk001 | 7 February 2007 | Singapore |
| bkk002 | 7 February 2007 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | bkk003 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk004 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk005 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk006 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk007 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk008 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk009 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk010 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk011 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk012 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | bkk013 | 7 February 2007 | Singapore |
| | bkk014 | 7 February 2007 | Singapore |
| | bkk015 | 7 February 2007 | Singapore |
| | bkk016 | 7 February 2007 | Singapore |
| | bkk017 | 7 February 2007 | Singapore |
| | namhai070 | 6 July 2007 | Singapore |
| | namhai071 | 6 July 2007 | Singapore |
| | namhai072 | 6 July 2007 | Singapore |
| | namhai073 | 6 July 2007 | Singapore |
| | namhai074 | 6 July 2007 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604