# EXHIBIT 1-E

THE WAVE STUDIO, LLC
COMPLAINT

| | | |
|---|---|---|
| Title of Photograph | namhai075 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai076 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai077 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai078 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai079 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai080 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai081 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai082 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai083 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai084 | |
| Date of First Publication | 6  July  2007 | Nation of First Publication  Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

**Number**

Title of Photograph __namhai085__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

**Number**

Title of Photograph __namhai086__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai087__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai088__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai089__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai090__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai091__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai092__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai093__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**Number**

Title of Photograph __namhai094__
Date of First Publication __6__ __July__ __2007__    Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __namhai095__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai096__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai097__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai098__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai099__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai100__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai101__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai102__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai103__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai104__
Date of First Publication __6__ __July__ __2007__  Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai105
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai106
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai107
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai108
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai109
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai110
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai111
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai112
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai113
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai114
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | namhai115 | | | | | **B** |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai116 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai117 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai118 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai119 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai120 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai121 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai122 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai123 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |
| Title of Photograph | namhai124 | | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | namhai125 | 6 July 2007 | Singapore | |
| | namhai126 | 6 July 2007 | Singapore | |
| | namhai127 | 6 July 2007 | Singapore | |
| | namhai128 | 6 July 2007 | Singapore | |
| | namhai129 | 6 July 2007 | Singapore | |
| | namhai130 | 6 July 2007 | Singapore | |
| | namhai131 | 6 July 2007 | Singapore | |
| | namhai132 | 6 July 2007 | Singapore | |
| | namhai133 | 6 July 2007 | Singapore | |
| | namhai134 | 6 July 2007 | Singapore | |

**C** Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __namhai135__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai136__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai137__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai138__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai139__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai140__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai141__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai142__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai143__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

Title of Photograph __namhai144__
Date of First Publication __6__ __July__ __2007__ Nation of First Publication __Singapore__
Description of Photograph ____

**C**

Name: Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | namhai145 | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai146 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai147 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai148 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai149 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai150 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai151 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai152 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai153 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | namhai154 | | |
|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | namhai155 | 6 July 2007 | Singapore |
| | namhai156 | 6 July 2007 | Singapore |
| | namhai157 | 6 July 2007 | Singapore |
| | namhai158 | 6 July 2007 | Singapore |
| | namhai159 | 6 July 2007 | Singapore |
| | namhai160 | 6 July 2007 | Singapore |
| | namhai161 | 6 July 2007 | Singapore |
| | namhai162 | 6 July 2007 | Singapore |
| | namhai163 | 6 July 2007 | Singapore |
| | namhai164 | 6 July 2007 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**Certificate will be mailed...**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | namhai165 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai166 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai167 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai168 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai169 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai170 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai171 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai172 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai173 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

| Title of Photograph | namhai174 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |

Description of Photograph _____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604