# EXHIBIT 1-F

**B**

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| namhai175 | 6 July 2007 | Singapore |
| namhai176 | 6 July 2007 | Singapore |
| namhai177 | 6 July 2007 | Singapore |
| namhai178 | 6 July 2007 | Singapore |
| namhai179 | 6 July 2007 | Singapore |
| namhai180 | 6 July 2007 | Singapore |
| namhai181 | 6 July 2007 | Singapore |
| namhai182 | 6 July 2007 | Singapore |
| namhai183 | 6 July 2007 | Singapore |
| namhai184 | 6 July 2007 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai185 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | namhai186 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai187 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai188 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai189 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai190 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai191 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai192 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai193 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai194 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

**Title of Photograph** namhai195
**Date of First Publication** 6 (Month) July (Day) 2007 (Year)   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai196
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai197
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai198
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai199
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai200
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai201
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai202
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai203
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** namhai204
**Date of First Publication** 6 July 2007   **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**C**

**Name** Jenison & Stultz, PC
**Number / Street / Apt** 2001 Jefferson Davis Hwy.; Suite 1102
**City / State / Zip** Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | namhai205 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | namhai206 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai207 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai208 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai209 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai210 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai211 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai212 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai213 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | namhai214 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name: Jenison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai215
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai216
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai217
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai218
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai219
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai220
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai221
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai222
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai223
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai224
Date of First Publication: 6 July 2007   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai225 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai226 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai227 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai228 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai229 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai230 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai231 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai232 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai233 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai234 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai235
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai236
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai237
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai238
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai239
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai240
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai241
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai242
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai243
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai244
Date of First Publication: 6 July 2007    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | namhai245 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai246 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai247 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai248 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai249 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai250 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai251 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai252 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai253 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | namhai254 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| namhai255 | 6 July 2007 | Singapore |
| namhai256 | 6 July 2007 | Singapore |
| namhai257 | 6 July 2007 | Singapore |
| namhai258 | 6 July 2007 | Singapore |
| namhai259 | 6 July 2007 | Singapore |
| namhai260 | 6 July 2007 | Singapore |
| namhai261 | 6 July 2007 | Singapore |
| namhai262 | 6 July 2007 | Singapore |
| namhai263 | 6 July 2007 | Singapore |
| namhai264 | 6 July 2007 | Singapore |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | namhai265 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | namhai266 | |
|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | namhai267 | |
|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | namhai268 | |
|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | namhai269 | |
|---|---|---|
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Title of Photograph ____
Date of First Publication ____ Nation of First Publication ____
Description of Photograph ____

Title of Photograph ____
Date of First Publication ____ Nation of First Publication ____
Description of Photograph ____

Title of Photograph ____
Date of First Publication ____ Nation of First Publication ____
Description of Photograph ____

Title of Photograph ____
Date of First Publication ____ Nation of First Publication ____
Description of Photograph ____

Title of Photograph ____
Date of First Publication ____ Nation of First Publication ____
Description of Photograph ____

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604