# EXHIBIT 1-H

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
**VA 1-432-329**

EFFECTIVE DATE OF REGISTRATION
12 / 29 / 2010

---

**1. Title of This Work:** Wave-s Photographs 2004
**Nature of This Work:** Photographs
**Previous or Alternative Titles:** Group Registration / Published Photos - 462 photographs

**2a. Name of Author:** Wave-s
Author's Nationality or Domicile: Domiciled in Singapore
Work made for hire: Yes
Nature of Authorship: Photograph

**3a. Year in Which Creation of This Work Was Completed:** 2004
**3b. Date and Nation of First Publication of This Particular Work:** March 12 – Oct. 20, 2004, Singapore

**4. Copyright Claimant(s):**
WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

APPLICATION RECEIVED: 12-29-2010
ONE DEPOSIT RECEIVED
FUNDS RECEIVED

EXAMINED BY _____   FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

Jennison & Shultz, P.C.                                   080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640           Fax number  ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   WAVE-S
                        _____
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                                                    Date   28 December 2010

Handwritten signature (X) ▼

X _____

**Certificate
will be
mailed in
window
envelope
to this
address:**

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-329

EFFECTIVE DATE OF REGISTRATION

12  29  2010
(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED

Page 3 of 49 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **WAVE-S**

Name of Copyright Claimant: **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number**
Title of Photograph: leela001
Date of First Publication: 12 March 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: leela002
Date of First Publication: 12 March 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: leela003
Date of First Publication: 12 March 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: leela004
Date of First Publication: 12 March 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: leela005
Date of First Publication: 12 March 2004  Nation of First Publication: Singapore
Description of Photograph:

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | leela006 | 12 March 2004 | Singapore |
| | leela007 | 12 March 2004 | Singapore |
| | leela008 | 12 March 2004 | Singapore |
| | leela009 | 12 March 2004 | Singapore |
| | leela010 | 12 March 2004 | Singapore |
| | leela011 | 12 March 2004 | Singapore |
| | leela012 | 12 March 2004 | Singapore |
| | leela013 | 12 March 2004 | Singapore |
| | leela014 | 12 March 2004 | Singapore |
| | leela015 | 12 March 2004 | Singapore |

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | leela016 | 12 March 2004 | Singapore | |
| | leela017 | 12 March 2004 | Singapore | |
| | leela018 | 12 March 2004 | Singapore | |
| | leela019 | 12 March 2004 | Singapore | |
| | leela020 | 12 March 2004 | Singapore | |
| | leela021 | 12 March 2004 | Singapore | |
| | leela022 | 12 March 2004 | Singapore | |
| | leela023 | 12 March 2004 | Singapore | |
| | leela024 | 12 March 2004 | Singapore | |
| | leela025 | 12 March 2004 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | leela026 | 12 March 2004 | Singapore |
| | leela027 | 12 March 2004 | Singapore |
| | leela028 | 12 March 2004 | Singapore |
| | leela029 | 12 March 2004 | Singapore |
| | leela030 | 12 March 2004 | Singapore |
| | leela031 | 12 March 2004 | Singapore |
| | leela032 | 12 March 2004 | Singapore |
| | leela033 | 12 March 2004 | Singapore |
| | leela034 | 12 March 2004 | Singapore |
| | leela035 | 12 March 2004 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | leela036 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela037 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela038 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela039 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela040 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela041 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela042 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela043 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela044 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela045 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| leela046 | 12 March 2004 | Singapore |
| leela047 | 12 March 2004 | Singapore |
| leela048 | 12 March 2004 | Singapore |
| leela049 | 12 March 2004 | Singapore |
| leela050 | 12 March 2004 | Singapore |
| leela051 | 12 March 2004 | Singapore |
| leela052 | 12 March 2004 | Singapore |
| leela053 | 12 March 2004 | Singapore |
| leela054 | 12 March 2004 | Singapore |
| leela055 | 12 March 2004 | Singapore |

**C**

Certificate will be mailed to:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: leela056
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela057
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela058
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela059
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela060
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela061
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela062
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela063
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela064
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela065
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: leela066
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela067
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela068
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela069
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela070
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela071
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela072
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela073
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela074
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela075
Date of First Publication: 12 March 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application Form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000