# EXHIBIT 1-I

**B** Registration for Group of Published Photographs (continued)

**Number:**
- Title of Photograph: leela076
- Date of First Publication: 12 March 2004 (Month / Day / Year)
- Nation of First Publication: Singapore
- Description of Photograph: (Optional)

**Number:**
- Title of Photograph: leela077
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela078
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela079
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela080
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela081
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela082
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela083
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela084
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**Number:**
- Title of Photograph: leela085
- Date of First Publication: 12 March 2004
- Nation of First Publication: Singapore
- Description of Photograph:

**C** Certificate will be mailed in window envelope to this address:

- Name: Jennison & Shultz, PC
- Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
- City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | leela086 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela087 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela088 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela089 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela090 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela091 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela092 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela093 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela094 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela095 |
|---|---|---|
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | leela096 | 12 March 2004 | Singapore | |
| | leela097 | 12 March 2004 | Singapore | |
| | leela098 | 12 March 2004 | Singapore | |
| | leela099 | 12 March 2004 | Singapore | |
| | leela100 | 12 March 2004 | Singapore | |
| | leela101 | 12 March 2004 | Singapore | |
| | leela102 | 12 March 2004 | Singapore | |
| | leela103 | 12 March 2004 | Singapore | |
| | leela104 | 12 March 2004 | Singapore | |
| | leela105 | 12 March 2004 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number | Title of Photograph: leela106
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela107
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela108
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela109
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela110
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela111
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela112
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela113
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela114
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: leela115
Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | leela116 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela117 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela118 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela119 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela120 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela121 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela122 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela123 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela124 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | leela125 | |
|---|---|---|
| Date of First Publication | 12 March 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C** Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/ZIP: Arlington, VA 22202-3504

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | leela126 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela127 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela128 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela129 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela130 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela131 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela132 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela133 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela134 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela135 |
| | Date of First Publication: 12 March 2004 | Nation of First Publication: Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | leela136 | 12 March 2004 | Singapore | |
| | leela137 | 12 March 2004 | Singapore | |
| | leela138 | 12 March 2004 | Singapore | |
| | leela139 | 12 March 2004 | Singapore | |
| | leela140 | 12 March 2004 | Singapore | |
| | leela141 | 12 March 2004 | Singapore | |
| | leela142 | 12 March 2004 | Singapore | |
| | leela143 | 12 March 2004 | Singapore | |
| | leela144 | 12 March 2004 | Singapore | |
| | leela145 | 12 March 2004 | Singapore | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

| Title of Photograph | leela146 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela147 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela148 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela149 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela150 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela151 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela152 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela153 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela154 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

| Title of Photograph | leela155 |
| --- | --- |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |

Description of Photograph

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | leela156 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela157 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela158 |
| Date of First Publication | 12 April 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela159 |
| Date of First Publication | 12 April 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela160 |
| Date of First Publication | 11 June 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai001 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai002 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai003 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai004 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | setai005 |
| Date of First Publication | 30 May 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

Title of Photograph: setai006
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai007
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai008
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai009
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai010
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai011
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai012
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai013
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai014
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai015
Date of First Publication: 30 May 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jemison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | setai016 | 30 May 2004 | Singapore |
| | setai017 | 30 May 2004 | Singapore |
| | setai018 | 30 May 2004 | Singapore |
| | setai019 | 30 May 2004 | Singapore |
| | setai020 | 30 May 2004 | Singapore |
| | setai021 | 30 May 2004 | Singapore |
| | setai022 | 30 May 2004 | Singapore |
| | setai023 | 30 May 2004 | Singapore |
| | setai024 | 30 May 2004 | Singapore |
| | setai025 | 30 May 2004 | Singapore |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
|  | setai026 | 30 May 2004 | Singapore |
|  | setai027 | 30 May 2004 | Singapore |
|  | setai028 | 30 May 2004 | Singapore |
|  | setai029 | 30 May 2004 | Singapore |
|  | setai030 | 30 May 2004 | Singapore |
|  | setai031 | 30 May 2004 | Singapore |
|  | setai032 | 30 May 2004 | Singapore |
|  | setai033 | 30 May 2004 | Singapore |
|  | setai034 | 30 May 2004 | Singapore |
|  | setai035 | 30 May 2004 | Singapore |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | setai036 | 30 May 2004 | Singapore | |
| | setai037 | 30 May 2004 | Singapore | |
| | setai038 | 30 May 2004 | Singapore | |
| | setai039 | 30 May 2004 | Singapore | |
| | setai040 | 30 May 2004 | Singapore | |
| | setai041 | 30 May 2004 | Singapore | |
| | chediclub001 | 12 August 2004 | Singapore | |
| | chediclub002 | 12 August 2004 | Singapore | |
| | chediclub003 | 12 August 2004 | Singapore | |
| | chediclub004 | 12 August 2004 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
- Application form
- Nonrefundable filing fee in check or money order payable to Register of Copyrights
- Deposit material

MAIL TO:
Library of Congress
Copyright Office