# EXHIBIT 1-J

**B**

Title of Photograph: chediclub005
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub006
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub007
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub008
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub009
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub010
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub011
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub012
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub013
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub014
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub015 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub016 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub017 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub018 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub019 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub020 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub021 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub022 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub023 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub024 |
| --- | --- |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jemison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Title of Photograph | chediclub025 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub026 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub027 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub028 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub029 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub030 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub031 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub032 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub033 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | chediclub034 |
|---|---|
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chediclub035 | 12 August 2004 | Singapore |
| | chediclub036 | 12 August 2004 | Singapore |
| | chediclub037 | 12 August 2004 | Singapore |
| | chediclub038 | 12 August 2004 | Singapore |
| | chediclub039 | 12 August 2004 | Singapore |
| | chediclub040 | 12 August 2004 | Singapore |
| | chediclub041 | 12 August 2004 | Singapore |
| | chediclub042 | 12 August 2004 | Singapore |
| | chediclub043 | 12 August 2004 | Singapore |
| | chediclub044 | 12 August 2004 | Singapore |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| chediclub045 | 12 August 2004 | Singapore |
| chediclub046 | 12 August 2004 | Singapore |
| chediclub047 | 12 August 2004 | Singapore |
| chediclub048 | 12 August 2004 | Singapore |
| chediclub049 | 12 August 2004 | Singapore |
| chediclub050 | 12 August 2004 | Singapore |
| chediclub051 | 12 August 2004 | Singapore |
| chediclub052 | 12 August 2004 | Singapore |
| chediclub053 | 12 August 2004 | Singapore |
| chediclub054 | 12 August 2004 | Singapore |

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | chediclub055 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub056 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub057 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub058 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub059 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub060 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub061 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub062 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub063 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Title of Photograph | chediclub064 | |
|---|---|---|
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub065 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub066 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub067 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub068 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub069 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub070 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub071 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub072 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub073 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub074 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub075 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub076 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub077 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub078 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub079 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub080 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub081 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub082 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub083 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chediclub084 |
|---|---|---|
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / ZIP: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub085
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub086
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub087
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub088
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub089
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub090
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub091
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub092
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub093
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub094
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub095 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub096 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub097 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub098 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub099 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub100 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub101 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub102 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub103 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub104 |
| Date of First Publication | 12  August  2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph __chediclub105__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub106__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub107__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub108__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub109__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub110__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub111__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub112__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub113__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chediclub114__
Date of First Publication __12__ __August__ __2004__    Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name: Jemison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chediclub115
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub116
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub117
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub118
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub119
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub120
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub121
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub122
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub123
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub124
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604