# EXHIBIT 1-K

**B**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chediclub125 | 12 August 2004 | Singapore |
| | chediclub126 | 12 August 2004 | Singapore |
| | chediclub127 | 12 August 2004 | Singapore |
| | chediclub128 | 12 August 2004 | Singapore |
| | chediclub129 | 12 August 2004 | Singapore |
| | chediclub130 | 12 August 2004 | Singapore |
| | chediclub131 | 12 August 2004 | Singapore |
| | chediclub132 | 12 August 2004 | Singapore |
| | chediclub133 | 12 August 2004 | Singapore |
| | chediclub134 | 12 August 2004 | Singapore |

Registration for Group of Published Photographs (Continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

Title of Photograph: chediclub135
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub136
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub137
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub138
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub139
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub017
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub018
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub019
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub020
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legianclub021
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legianclub022
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian026
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian027
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian028
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian029
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian030
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian031
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian032
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian033
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian034
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian035
Date of First Publication: 12 August 2004 (Month) (Day) (Year)
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian036
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian037
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian038
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian039
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian040
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian041
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian042
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian043
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian044
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed to this address:
Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian045
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian046
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian047
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian048
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian049
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian050
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian051
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian052
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian053
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: legian054
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: legian055
Date of First Publication: 12 (Month) August (Day) 2004 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: legian056
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian057
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian058
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian059
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian060
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian061
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian062
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian063
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: legian064
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / ZIP: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: legian065
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub140
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai001
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai003
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai004
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai005
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai006
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai007
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai008
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph (Optional) |
|---|---|---|---|---|
| | chiangmai009 | 20 October 2004 | Singapore | |
| | chiangmai010 | 20 October 2004 | Singapore | |
| | chiangmai011 | 20 October 2004 | Singapore | |
| | chiangmai002 | 20 October 2004 | Singapore | |
| | chiangmai013 | 20 October 2004 | Singapore | |
| | chiangmai014 | 20 October 2004 | Singapore | |
| | chiangmai015 | 20 October 2004 | Singapore | |
| | chiangmai016 | 20 October 2004 | Singapore | |
| | chiangmai017 | 20 October 2004 | Singapore | |
| | chiangmai018 | 20 October 2004 | Singapore | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai019 |
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai020 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai021 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai022 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai023 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai024 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai025 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai026 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai027 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

| | Title of Photograph | chiangmai028 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai029
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai030
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai031
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai032
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai033
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai034
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai035
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai036
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai037
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai038
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenalson & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai039
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai040
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai041
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai042
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai043
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai044
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai045
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai046
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai047
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai048
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: chiangmai049
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai050
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai051
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai052
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai053
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai054
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai055
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai056
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai057
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

Number
Title of Photograph: chiangmai058
Date of First Publication: 20 October 2004
Nation of First Publication: Singapore
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai059 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai060 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai061 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai062 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai063 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai064 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai065 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai066 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai067 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai068 | |
| Date of First Publication | 20 October 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai069 |
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai070 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai071 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai072 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai073 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai074 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai075 |
|---|---|---|
| | Date of First Publication | 20 October 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604