# EXHIBIT 1-N

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | namhai022 | | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |
| | Title of Photograph | namhai023 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai024 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai025 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai026 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai027 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai028 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai029 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai030 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |
| | Title of Photograph | namhai031 | | | | |
| | Date of First Publication | 14 | July | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | namhai032 | 14 July 2005 | Singapore | |
| | namhai033 | 14 July 2005 | Singapore | |
| | namhai034 | 14 July 2005 | Singapore | |
| | namhai035 | 14 July 2005 | Singapore | |
| | namhai036 | 14 July 2005 | Singapore | |
| | namhai037 | 14 July 2005 | Singapore | |
| | namhai038 | 14 July 2005 | Singapore | |
| | namhai039 | 14 July 2005 | Singapore | |
| | namhai040 | 14 July 2005 | Singapore | |
| | namhai041 | 14 July 2005 | Singapore | |

**C** Certificate will be mailed in window envelope to this address

Name ▼ Jennison & Shultz, PC

Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼ Arlington, VA 22202-3604

**B**

Title of Photograph __namhai042__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai043__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai044__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai045__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai046__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai047__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai048__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai049__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai050__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai051__
Date of First Publication __14__ (Month) __July__ (Day) __2005__ (Year)    Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | namhai052 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai053 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai054 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai055 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai056 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai057 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai058 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai059 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai060 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | namhai061 | |
| Date of First Publication | 14 July 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: namhai062
Date of First Publication: 14 (Month) July (Day) 2005 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

Title of Photograph: namhai063
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai064
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai065
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai066
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai067
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai068
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai069
Date of First Publication: 14 July 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: carcosa001
Date of First Publication: 16 September 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: carcosa002
Date of First Publication: 16 September 2005   Nation of First Publication: Singapore
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | carcosa003 |
| | Date of First Publication | 16 September 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai185 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai186 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai187 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai188 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai189 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai190 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai191 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai192 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| | | |
|---|---|---|
| | Title of Photograph | setai193 |
| | Date of First Publication | 8 October 2005 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**B** Registration for Group of Published Photographs (continued)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: setai194
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai195
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai196
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai197
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai198
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai199
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai200
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai201
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai202
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai203
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: setai204
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai205
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai206
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai207
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai208
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai209
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai210
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai211
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai212
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai213
Date of First Publication: 8 October 2005
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

- Title of Photograph: setai214
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai215
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai216
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai217
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai218
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai219
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai220
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai221
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai222
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

- Title of Photograph: setai223
  Date of First Publication: 8 October 2005
  Nation of First Publication: Singapore
  Description of Photograph: _____

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Title of Photograph: setai224
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai225
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai226
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai227
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai228
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai229
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai230
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai231
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai232
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai233
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Number  
Title of Photograph: setai234  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai235  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai236  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai237  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai238  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai239  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai240  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai241  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai242  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

Number  
Title of Photograph: setai243  
Date of First Publication: 8 October 2005  
Nation of First Publication: Singapore  
Description of Photograph: 

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC  
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102  
City/State/Zip: Arlington, VA 22202-3604

**B**

Number | Title of Photograph: setai244
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai245
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai246
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai247
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai248
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai249
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai250
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai251
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai252
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

Number | Title of Photograph: setai253
Date of First Publication: 8 October 2005   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B** Registration for Group of Published Photographs (continued)

Number
Title of Photograph: setai254
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai255
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai256
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai257
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai258
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai259
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai260
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai261
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai262
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

Number
Title of Photograph: setai263
Date of First Publication: 8 (Month) October (Day) 2005 (Year)
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | |
|---|---|
| Title of Photograph | setai264 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai265 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai266 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai267 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai268 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai269 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai270 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai271 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai272 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |
| Title of Photograph | setai273 |
| Date of First Publication | 8 October 2005 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**B** Registration for Group of Published Photographs (continued)

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai274 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai275 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai276 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai277 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai278 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai279 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai280 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai281 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai282 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai283 | | | |
| Date of First Publication | 8 | October | 2005 | Nation of First Publication: Singapore |
| Description of Photograph | | | | |

**Name:** Jennison & Shultz, PC

**Number/Street/Apt:** 2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip:** Arlington, VA 22202-3604