# EXHIBIT 1-O

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph _____ setai284 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ setai285 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ setai286 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ setai287 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ setai288 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ setai289 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ setai290 _____

Date of First Publication __8__ __October__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ carcosa004 _____

Date of First Publication __16__ __September__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ carcosa005 _____

Date of First Publication __16__ __September__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

Title of Photograph _____ carcosa006 _____

Date of First Publication __16__ __September__ __2005__   Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph _____ carcosa007

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Registration for Group of Published Photographs (continued)

Number

Title of Photograph _____ carcosa008

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa009

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa010

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa011

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa012

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa013

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa014

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa015

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ carcosa016

Date of First Publication __16__ __September__ __2005__    Nation of First Publication _____ Singapore
(Month) (Day) (Year)

Description of Photograph _____ (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application Form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Groups of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | carcosa017 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa018 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa019 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa020 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa021 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa022 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | carcosa023 |
| Date of First Publication | 16 September 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai291 |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai292 |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai293 |
| Date of First Publication | 8 October 2005 (Month) (Day) (Year) |
| Nation of First Publication | Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph ____ setai294 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai295 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai296 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai297 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai298 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai299 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai300 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai301 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai302 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

Number

Title of Photograph ____ setai303 ____
Date of First Publication __8__ __October__ __2005__    Nation of First Publication ____ Singapore ____
            (Month)    (Day)    (Year)
Description of Photograph ____
            (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultr, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to the Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph ___ setai304
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai305
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai306
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai307
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai308
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai309
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai310
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai311
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai312
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai313
Date of First Publication __8__ __October__ __2005__   Nation of First Publication ___ Singapore
   (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| Number | Title of Photograph setai314 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai315 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai316 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai317 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai318 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai319 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai320 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai321 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai322 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph setai323 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

Title of Photograph __setai324__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai325__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai326__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai327__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai328__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai329__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai330__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai331__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai332__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __setai333__

Date of First Publication __8__ __October__ __2005__    Nation of First Publication __Singapore__

Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

Title of Photograph ___ setai334 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai335 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai336 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai337 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai338 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai339 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai340 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai341 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai342 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

Title of Photograph ___ setai343 ___

Date of First Publication ___ 8 ___ October ___ 2005 ___    Nation of First Publication ___ Singapore ___
(Month)    (Day)    (Year)

Description of Photograph ___
(Optional)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to the Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai344 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai345 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai346 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai347 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai348 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai349 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai350 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai351 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai352 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai353 | |
| Date of First Publication | 8 (Month)  October (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to the Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph _____ setai354

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai355

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai356

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai357

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai358

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai359

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai360

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai361

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai362

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

---

Title of Photograph _____ setai363

Date of First Publication _8_ _October_ _2005_   Nation of First Publication _____ Singapore

Description of Photograph _____

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph ___ setai364 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai365 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai366 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai367 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai368 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai369 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai370 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai371 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai372 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ setai373 ___
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai374 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai375 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai376 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai377 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai378 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai379 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai380 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai381 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai382 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | setai383 | | | |
| Date of First Publication | 8 October 2005 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph ___ setai384
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai385
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai386
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai387
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai388
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai389
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai390
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai391
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___ setai392
Date of First Publication ___ 8 (Month) ___ October (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

Title of Photograph ___
Date of First Publication ___ (Month) ___ (Day) ___ (Year) ___ Nation of First Publication ___
Description of Photograph ___ (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 4 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000