# EXHIBIT 1-P

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*
Acting Register of Copyrights, United States of America

**Registration Number**
VA 1-758-524

**Effective date of registration:**
February 18, 2011

## Title
- **Title of Work:** Wave-s Photographs 2004 (B)
- **Previous or Alternative Title:** Group Registration / Published Photos - 14 photographs
- **Nature of Work:** Photographs

## Completion/Publication
- **Year of Completion:** 2004
- **Date of 1st Publication:** May 30, 2004
- **Nation of 1st Publication:** Singapore

## Author
- **Author:** Wave-s (employer for hire of Masano Kawana)
- **Author Created:** Photographs
- **Work made for hire:** Yes
- **Domiciled in:** Singapore
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** WAVE-S
  46 South Bridge Road, #04-02, Kingly Building, 058679, Singapore

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Lee Kar Yin
- **Date:** February 17, 2011

Page 1 of 1

Registration #: VA0001758524
Service Request #: 1-570833555



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*
Acting Register of Copyrights, United States of America

**Registration Number**

VAu 1-055-458

**Effective date of registration:**

February 18, 2011

## Title
- **Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803
- **Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs
- **Nature of Work:** photographs

## Completion/Publication
- **Year of Completion:** 2005

## Author
- **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)
- **Author Created:** Photographs
- **Work made for hire:** Yes
- **Domiciled in:** Singapore
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** THE WAVE DESIGN PTE. LTD.
  10A Trengganu Street, Singapore 058464

## Limitation of copyright claim
- **Previously registered:** No

## Certification
- **Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.
- **Date:** February 18, 2011

**Registration #:** VAU001055458
**Service Request #:** 1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-429**

Effective date of registration:

May 31, 2012

---

## Title
- **Title of Work:** Wave-s Photographs 2004 (D) - chediclub141

## Completion/Publication
- **Year of Completion:** 2004
- **Date of 1st Publication:** August 12, 2004
- **Nation of 1st Publication:** Singapore

## Author
- **Author:** Wave-s (employer for hire of Masano Kawana)
- **Author Created:** photograph(s)
- **Work made for hire:** Yes
- **Domiciled in:** Singapore

## Copyright claimant
- **Copyright Claimant:** THE WAVE STUDIO, LLC
  One Barkley Avenue, White Plains, NY, United States
- **Transfer Statement:** By written agreement

## Limitation of copyright claim
- **Material excluded from this claim:** photo: chediclub033
- **Previous registration and year:** VA 1-432-329   2010
- **New material included in claim:** photograph(s)

## Certification
- **Name:** John Jennison
- **Date:** August 1, 2012

---

**Correspondence:** Yes