# EXHIBIT 2-A





