# EXHIBIT 2-B





