# EXHIBIT 2-C





