# EXHIBIT 2-D





