# EXHIBIT 2-E





