# EXHIBIT 2-F





