# EXHIBIT 2-G





