# EXHIBIT 2-H





