# EXHIBIT 2-I





