# EXHIBIT 2-J





