# EXHIBIT 2-K





