# EXHIBIT 2-L





