# EXHIBIT 2-M





