# EXHIBIT 2-N

THE WAVE STUDIO, LLC
COMPLAINT





The Setai, Miami, Florida

The Setai, Miami, Florida

www.kiwicollection.com/hotel-detail/the-setai-south-beach

Google

Web Search   #49,207   'Painter of Light' artist Thomas Kinkade dies at age...   Jessica Dorrell   iPad   Add to Wish List

# KIWI COLLECTION
### HOTELS FOR PEOPLE WHO CARE WHERE THEY STAY™

Sign up   Login

FIND A HOTEL | SPECIAL OFFERS | PHOTO GALLERY | BLOG | ABOUT US

Book online or call us 24/7:
**1 877.999.0680**
Additional Contact Info

**DESTINATION** (Enter hotel name, city, country, brand)
The Setai

**Travel Dates** (Optional)
Check In     Check Out

Adults  2     Children  0

Advanced Search ▶

**SEARCH HOTELS**

## The Setai

Like  8   Share

**Current Local Time:**
07:53 / Sat, Apr 7th, 2012

Find a Hotel > North America > United States > Florida > Miami > Miami Beach



Wow PICK

KIWI ADVANTAGE ▶   VISA BENEFITS ▶   SHOW +

IMAGE VIEW    MAP VIEW

**KIWI SCORE**

**83**

Rated Dec, 2009

**KIWI SCORE EXPLAINED**

| | |
|---|---|
| Service | 9 |
| Rooms | 8 |
| Food & Beverage | 9 |
| Spa & Fitness | 9 |
| Attention to Detail | 8 |
| Generosity & Value | 8 |
| Wow / Hip Factor | 6 |
| Architecture & Design | 8 |
| Location | 10 |
| Fit to Promise | 8 |

**NIGHTLY RATES FROM:**

USD **575**

Room & Suites:  130
Setting:  Coastal
Style:  Modern, Hotel

**CHECK AVAILABILITY**

Check In     Check Out

**ADULTS**  2     **CHILDREN**  0

Group Booking?

**CHECK AVAILABILITY**