# EXHIBIT 2-O





