# EXHIBIT 2-P





