# EXHIBIT 2-Q





