# EXHIBIT 2-R





