# EXHIBIT 2-S



The Chedi, Chiang Mai, Chiang Mai, Thailand

The Chedi, Chiang Mai, Chiang ...

www.myvisaluxuryhotels.com/hotel-detail/the-chedi-chiang-mai                     Google

Web Search          #2,473,404               6 Worst Soups in America          test  •  Wiki                                    Add to Wish List



Sign up    Login    Languages

VISA   Visa Luxury
       Hotel Collection

FIND          ABOUT           ABOUT                      Contact Us
A HOTEL       THE COLLECTION  VISA

DESTINATION (Enter hotel name, city, country, brand)    Travel Dates (Optional)          clear dates    Adults    Children         Advanced Search ▶

The Chedi, Chiang Mai        Mon Mar 26, 2012    Tue Mar 27, 2012    2      0           SEARCH HOTELS

◀ Return to search results                                                             f Like        Share

# The Chedi, Chiang Mai

Find a Hotel ▸ Asia ▸ Thailand ▸ Chiang Mai ▸ Chiang Mai ▸ Chiang Mai

Current Local Time:
21:43 / Wed, Jan 18th, 2012

Exclusive Benefits for
Visa Premium Cardholders:                              SHOW +

                                                       IMAGE VIEW    MAP VIEW

| SCORE | SCORE EXPLAINED | | NIGHTLY RATES FROM: | CHECK AVAILABILITY |
|---|---|---|---|---|

**SCORE**

**77**

Rated Feb, 2010

**SCORE EXPLAINED**

| | |
|---|---|
| Service | 9 |
| Rooms | 7 |
| Food & Beverage | 9 |
| Spa & Fitness | 9 |
| Attention to Detail | 9 |
| Generosity & Value | 9 |
| Wow / Hip Factor | — |
| Architecture & Design | 9 |
| Location | 7 |
| Fit to Promise | 9 |

**NIGHTLY RATES FROM:**

THB **6,118** ⓘ

(EUR 151)

VISA

Room & Suites: 84

Setting: Countryside, Waterfront

Style: Modern, Resort, Tropical

**CHECK AVAILABILITY**

Mon Mar 26, 2012     Tue Mar 27, 2012

ADULTS    CHILDREN

2         0          Group Booking?

CHECK AVAILABILITY

