# EXHIBIT 2-T





