# EXHIBIT 2-U





