# EXHIBIT 2-V

THE WAVE STUDIO, LLC
COMPLAINT





