# EXHIBIT 2-W





