# EXHIBIT 2-X





