# EXHIBIT 2-Y





