# EXHIBIT 2-Z





