# EXHIBIT 2-AA





