# EXHIBIT 2-BB

THE WAVE STUDIO, LLC
COMPLAINT





