# EXHIBIT 2-CC





