# EXHIBIT 2-DD

THE WAVE STUDIO, LLC
COMPLAINT





