# EXHIBIT 2-EE

THE WAVE STUDIO, LLC
COMPLAINT





