# EXHIBIT 2-GG





