# EXHIBIT 2-HH

THE WAVE STUDIO, LLC
COMPLAINT





