# EXHIBIT 2-II

THE WAVE STUDIO, LLC
COMPLAINT





