# EXHIBIT 2-JJ





