# EXHIBIT 2-KK

THE WAVE STUDIO, LLC
COMPLAINT





