# EXHIBIT 2-LL





