# EXHIBIT 2-MM





