# EXHIBIT 2-OO



The Chedi, Chiang Mai, Chiang Mai, Thailand

www.visaluxuryhotels.com/hotel-detail/the-chedi-chiang-mai

Google

Web Search

#1,217,555   Detroit Lions cut CB Aaron ...   Nick Jr • Walmart

VISA  **Visa Luxury Hotel Collection**

Sign up | Login

FIND
A HOTEL

ABOUT
THE COLLECTION

ABOUT VISA SIGNATURE,
PLATINUM AND INFINITE

Book online or call us 24/7:

All telephone numbers
or Contact Us

**DESTINATION** (Enter hotel name, city, country, brand)

The Chedi, Chiang Mai

Travel Dates (Optional)

Check In | Check Out

Adults 2 | Children 0

Advanced Search

SEARCH HOTELS

◀ Return to search results

**The Chedi, Chiang Mai**

Find a Hotel › Asia › Thailand › Chiang Mai › Chiang Mai › Chiang Mai

Like | 0 | Share

Current Local Time:
01:10 / Tue, Jul 24th, 2012



Exclusive Benefits for
Visa Signature, Visa Platinum or Visa Infinite
Cardholders:

SHOW +

IMAGE VIEW | MAP VIEW

**SCORE**

**77**

Rated Feb, 2010

**SCORE EXPLAINED**

| | |
|---|---|
| Service | 9 |
| Rooms | 7 |
| Food & Beverage | 9 |
| Spa & Fitness | 9 |
| Attention to Detail | 9 |
| Generosity & Value | 9 |
| Wow / Hip Factor | — |
| Architecture & Design | 9 |
| Location | 7 |
| Fit to Promise | 9 |

**NIGHTLY RATES FROM:**

THB **6,118**
(USD 193)

VISA

Room & Suites: 84
Setting: Countryside, Waterfront
Style: Modern, Resort, Tropical

**CHECK AVAILABILITY**

Check In | Check Out

ADULTS 2 | CHILDREN 0   Group Booking?

CHECK AVAILABILITY

OVERVIEW    AMENITIES    INTERESTS

