# EXHIBIT 2-PP





