# EXHIBIT 2-RR

THE WAVE STUDIO, LLC
COMPLAINT





