# EXHIBIT 2-SS

THE WAVE STUDIO, LLC
COMPLAINT





