# EXHIBIT 2-UU

THE WAVE STUDIO, LLC
COMPLAINT



