# EXHIBIT 2-VV

THE WAVE STUDIO, LLC
COMPLAINT





