# EXHIBIT 2-WW

THE WAVE STUDIO, LLC
COMPLAINT





