# EXHIBIT 2-XX





