# EXHIBIT 2-YY

THE WAVE STUDIO, LLC
COMPLAINT





