# EXHIBIT 2-ZZ

THE WAVE STUDIO, LLC
COMPLAINT





