# EXHIBIT 2-AAA

THE WAVE STUDIO, LLC
COMPLAINT





