# EXHIBIT 2-BBB





