# EXHIBIT 2-CCC





