# EXHIBIT 2-DDD

THE WAVE STUDIO, LLC
COMPLAINT





