# EXHIBIT 2-EEE





