# EXHIBIT 2-FFF





