# EXHIBIT 2-GGG





