# EXHIBIT 2-HHH





