# EXHIBIT 2-III





