# EXHIBIT 2-JJJ





