# EXHIBIT 2-KKK





