# EXHIBIT 2-LLL

THE WAVE STUDIO, LLC
COMPLAINT





