# EXHIBIT 2-MMM

THE WAVE STUDIO, LLC
COMPLAINT





