# EXHIBIT 2-NNN

THE WAVE STUDIO, LLC
COMPLAINT





