# EXHIBIT 2-000

THE WAVE STUDIO, LLC
COMPLAINT





