# EXHIBIT 2-PPP

THE WAVE STUDIO, LLC
COMPLAINT





