# EXHIBIT 2-QQQ





