# EXHIBIT 2-RRR





