# EXHIBIT 2-SSS





