# EXHIBIT 2-TTT





