# EXHIBIT 2-UUU





