# EXHIBIT 2-VVV





