# EXHIBIT 2-WWW





