# EXHIBIT 2-XXX





