# EXHIBIT 2-YYY





