# EXHIBIT 2-ZZZ

THE WAVE STUDIO, LLC
COMPLAINT





