# EXHIBIT 2-AAAA





