# EXHIBIT 2-BBBB





