# EXHIBIT 2-CCCC





