# EXHIBIT 2-DDDD



The Leela Goa, Goa, India

WORLD'S
LUXURY GUIDE

FIND A HOTEL | SPECIAL OFFERS | PHOTO GALLERY | ABOUT THE COLLECTION | ABOUT WLG

Sign up | Login
Contact Us

DESTINATION (Enter hotel name, city, country, brand)

The Leela Goa

Travel Dates (Optional)

Wed Jul 25, 2012    Thu Jul 26, 2012    clear dates

Adults  2    Children  0

Advanced Search ▸

SEARCH HOTELS

Current Local Time:
00:17 / Mon, Jun 25th, 2012

◂ Return to search results

# The Leela Goa

Find a Hotel › Asia › India › Goa › Goa › Mobor

Nightly Rates from:
**INR 8,075**
(EUR 117)

Like  0    Share

IMAGE VIEW    MAP VIEW

CHECK AVAILABILITY

Wed Jul 25, 2012    Thu Jul 26, 2012

ADULTS  2    CHILDREN  0

Group Booking?

THE WORLD'S LUXURY GUIDE ADVANTAGE

With World's Luxury Guide Hotel Collection, travelers enjoy amazing hotels, the best price guaranteed, and free perks - known as World's Luxury Guide Advantages.

Terms & Conditions

OVERVIEW    AMENITIES    INTERESTS

Score ⓘ
**77**

Rating
★ ★ ★ ★ ★

Setting: Beach, Coastal
Style: Classic, Modern, Resort

Room & Suites: 186

For People Who Care About...
Spa Indulgences
White sands
Goan cuisine

With garlands of flowers and coconut juice, the welcome by the staff



