# EXHIBIT 2-EEEE





