# EXHIBIT 2-FFFF

THE WAVE STUDIO, LLC
COMPLAINT





