# EXHIBIT 2-GGGG

THE WAVE STUDIO, LLC
COMPLAINT





