# EXHIBIT 2-HHHH

THE WAVE STUDIO, LLC
COMPLAINT





