# EXHIBIT 2-IIII

THE WAVE STUDIO, LLC
COMPLAINT





