# EXHIBIT 2-JJJJ





