# EXHIBIT 2-KKKK





