# EXHIBIT 2-LLLL





