1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3  AMANDA R. CONLEY (CA Bar No. 281270)
   (amanda@cobaltlaw.com)
4
   COBALT LLP
5  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
6  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
7
   Attorneys for Plaintiff
8  THE WAVE STUDIO, LLC

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>          Defendants. | Case No. 3:15-cv-239<br><br>**CERTIFICATE OF NON-PARTY INTERESTED ENTITIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

/ / /

/ / /

---

| CERTIFICATE OF NON-PARTY INTERESTED ENTITIES | Case No.: 3:15-cv-239 |
|---|---|

proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

    Junior Lee, author of the copyrighted works at issue in this action.

Dated: January 16, 2015                      COBALT LLP

By: /s/ Nate A. Garhart
     Nate A. Garhart
     Attorneys for Plaintiff
     THE WAVE STUDIO, LLC