1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3  AMANDA R. CONLEY (CA Bar No. 281270)
   (amanda@cobaltlaw.com)
4
   COBALT LLP
5  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
6  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
7
   Attorneys for Plaintiff
8  THE WAVE STUDIO, LLC

9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>             Defendants. | Case No. 3:15-cv-239<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

## **RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff The Wave Studio, LLC hereby certifies that no publicly-held corporation owns 10% or more of Plaintiff's stock.

/ / /

/ / /

---

**RULE 7.1 STATEMENT**                                                                   Case No.: 3:15-cv-239

1    / / /
2
3    Dated:  January 16, 2015                    COBALT LLP
4
5                                                By:  /s/ Nate A. Garhart
                                                 Nate A. Garhart
6                                                Attorneys for Plaintiff
                                                 THE WAVE STUDIO, LLC

**RULE 7.1 STATEMENT**           2                    Case No.: 3:15-cv-239