UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

**RICHARD W. WIEKING**  **GENERAL COURT NUMBER**
  CLERK OF COURT  415-522-2000

February 10, 2015

Nate A. Garhart

Cobalt LLP

918 Parker St. Bldg. A21 Berkeley, CA 94710

Re:   The Wave Studio, LLC v. Visa, Inc.

Case Number: 15-cv-00239-JSC

Dear Counsel/Parties:

    This matter has been randomly assigned to United States Magistrate Judge Jacqueline Scott Corley for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete the attached form documenting either consent or request for reassignment and e-file it with the Court by February 24, 2015. This form can be found on the Court's website at www.cand.uscourts.gov.

                        Richard W. Wieking

                        Clerk, United States District Court

                        _____
                        Ada Means, Deputy Clerk to the
                        Honorable JACQUELINE SCOTT CORLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE WAVE STUDIO, LLC,

        Plaintiff,

   v.

VISA, INC.,

        Defendant.

Case No. 15-cv-00239-JSC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

( )    **Consent to Magistrate Judge Jurisdiction**

       In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

( )    **Decline Magistrate Judge Jurisdiction**

       In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____

NAME: _____

COUNSEL FOR (OR "PRO SE"): _____

_____
*Signature*