Case Name: *The Wave Studio, LLC v. Visa Inc.*
Case No. 3:15-cv-00239-JSC, U.S.D.C. Northern District, San Francisco

## PROOF OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, California. I am over the age of 18 years, and not a party to the within action. My business address is: 918 Parker Street, Bldg. A21, Berkeley, CA 94710.

On **April 3, 2015**, I served a copy, with all exhibits, if any, of the following document(s):

1. Summons
2. Complaint
3. Certificate of Nonparty Interested Entities
4. Magistrate Consent Form
5. Blank Magistrate Consent/Declination Form
6. Copyright Report
7. Rule 7.1 Disclosures
8. JSC Standing Order
9. CMC Order and ADR Deadlines
10. Standing Order re CMC All Judges
11. ADR Certificate
12. ECF Registration Info
13. San Francisco Filing Procedures
14. Civil Cover Sheet

on the interested parties named below, in Case No. 3:15-cv-00239-JSC, by following ordinary business practice:

By placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service. I am readily familiar with my firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, that same day in the ordinary course of business addressed as set forth below:

By personal delivery of a true copy to the person and at the address set forth below:

By Federal Express overnight mail to the person and at the address set forth below:

**X** By transmitting a true copy by email to the person and at the email address set forth below on this date before 5:00 p.m., as agreed upon by the parties:

Michael McCue
Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy.
Suite 600
Las Vegas, Nevada 89169
MMcCue@LRRLaw.com

/ / /

/ / /

1  I declare under the penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and that this declaration was executed on **April 3, 2015**, at Berkeley,
3  California.

_____
Vijay K. Toke