NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
AMANDA R. CONLEY (CA Bar No. 281270)
(amanda@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>VISA INC., a Delaware Corporation, and DOES 1-100,<br><br>        Defendants. | Case No.: 3:15-CV-00239-JSC<br><br>**THE WAVE STUDIO, LLC'S RULE 26(f) REPORT** |

Pursuant to Federal Rule of Civil Procedure 26(f), Plaintiff The Wave Studio, LLC, by and through its undersigned counsel, submits this Rule 26(f) Report in anticipation of the Case Management Conference pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-9, scheduled for April 23, 2015 at 1:30 p.m., at the United States District Court for the Northern District of California, Phillip Burton Federal Building, San Francisco, California.

The complaint has recently been served on Defendant Visa, Inc. ("Visa"), on April 3, 2015. Visa's responsive pleading is due on May 4, 2015. Plaintiff's counsel has been discussing the dispute with counsel for Visa. However, because Visa has not yet responded to the complaint, the

parties have not yet had the opportunity to engage in a Rule 26(f) conference. Accordingly, Plaintiff has nothing to report under Rule 26(f) at this time.

DATED: April 16, 2015                     COBALT LLP


By:   /s/ Vijay K. Toke
         Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC