1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6
7  Attorneys for Plaintiff
   THE WAVE STUDIO, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
13 | THE WAVE STUDIO, LLC, a New York         Case No.: 3:15-CV-00239-JSC
   | Limited Liability Company,
14 |                                           **STIPULATION TO EXTEND TIME TO
   |             Plaintiff,                    RESPOND TO COMPLAINT**
15 |
   |        v.
16 |
   | VISA INC., a Delaware Corporation, and DOES
17 | 1-100,
   |
18 |             Defendants.

19      Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and
20 Defendant Visa Inc. ("Visa") and, by and through their respective counsel of record, hereby
21 stipulate as follows:
22      WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on April
23 3, 2015;
24      WHEREAS, Visa currently has until May 4, 2015 to answer or respond to Wave's
25 Complaint;
26      WHEREAS, Visa has requested and Wave has consented to an additional 14 days for Visa's
27 answer or response to Wave's Complaint;
28

                                            1
                STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  WHEREAS, the Parties believe an additional 14 days for Visa's answer or response to
2  Wave's Complaint will not alter the date of any event or any deadline already fixed by Court order;
3  WHEREAS, this is the first extension of Visa's deadline to respond to the Complaint by the
4  Parties.
5  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
6  their respective counsel, that Visa shall answer or otherwise respond to Wave's Complaint by May
7  18, 2015.
8  IT IS SO STIPULATED.
9  DATED: May 3, 2015           COBALT LLP

By:     /s/  Vijay K. Toke
            Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

DATED: May 3, 2015           LEWIS ROCA ROTHGERBER LLP

By:     /s/  Michael McCue
            Michael McCue

Attorneys for Defendant
VISA INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Hon. Jacqueline Scott Corley
UNITED STATES MAGISTRATE JUDGE

/ / /

/ / /

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

ATTESTATION OF CONCURRENCE

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Michael McCue, the above signatory.

Dated: May 3, 2015                             By:    /s/ Vijay K. Toke
                                                      Vijay K. Toke