1  Case Name:  *The Wave Studio, LLC v. Visa Inc.*
2              Case No. 3:15-cv-00239-JSC, U.S.D.C. Northern District, San Francisco

**PROOF OF SERVICE**

3

4      I, the undersigned, declare as follows:

5  I am employed in the County of Alameda, California. I am over the age of 18 years, and not a party

6  to the within action. My business address is: 918 Parker Street, Bldg. A21, Berkeley, CA 94710.

7  On **May 3, 2015**, I served a copy, with all exhibits, if any, of the following document(s):

8      **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

9  on the interested parties named below, in Case No. 3:15-cv-00239-JSC, by following ordinary

10  business practice:

11  **X**  By placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with
        the United States Postal Service. I am readily familiar with my firm's business practice for
12      collection and processing of correspondence for mailing with the United States Postal
        Service, where it would be deposited for first class delivery, postage fully prepaid, that same
13      day in the ordinary course of business addressed as set forth below:

14     By personal delivery of a true copy to the person and at the address set forth below:

15     By Federal Express overnight mail to the person and at the address set forth below:

16     By transmitting a true copy by email to the person and at the email address set forth below
       on this date before 5:00 p.m., as agreed upon by the parties:
17

   Michael McCue
18  Lewis Roca Rothgerber LLP
    3993 Howard Hughes Pkwy.
19  Suite 600
    Las Vegas, Nevada 89169
20  MMcCue@LRRLaw.com

21      I declare under the penalty of perjury under the laws of the State of California that the

22  foregoing is true and correct and that this declaration was executed on **May 3, 2015**, at Berkeley,

23  California.

24

25                                              /s/ Nikki Abdallah
26                                              Nikki Abdallah

27

28

---

1

POS STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT