```
 1  NATE A. GARHART (CA Bar No. 196872)
    (nate@cobaltlaw.com)
 2  VIJAY K. TOKE (CA Bar No. 215079)
    (vijay@cobaltlaw.com)
 3
    COBALT LLP
 4  918 Parker Street, Bldg. A21
    Berkeley, CA 94710
 5  Telephone: (510) 841-9800
    Facsimile: (510) 295-2401
 6
    Attorneys for Plaintiff
 7  THE WAVE STUDIO, LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| THE WAVE STUDIO, LLC, a New York Limited Liability Company, | Case No.: 3:15-CV-00239-JSC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| VISA INC., a Delaware Corporation, and DOES 1-100, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and Defendant Visa Inc. ("Visa") and, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on April 3, 2015;

WHEREAS, Visa currently has until May 4, 2015 to answer or respond to Wave's Complaint;

WHEREAS, Visa has requested and Wave has consented to an additional 14 days for Visa's answer or response to Wave's Complaint;

1  WHEREAS, the Parties believe an additional 14 days for Visa's answer or response to Wave's Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, this is the first extension of Visa's deadline to respond to the Complaint by the Parties.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Visa shall answer or otherwise respond to Wave's Complaint by May 18, 2015.

IT IS SO STIPULATED.

DATED: May 3, 2015                COBALT LLP


By:   /s/  Vijay K. Toke
          Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC


DATED: May 3, 2015                LEWIS ROCA ROTHGERBER LLP


By:   /s/  Michael McCue
          Michael McCue

Attorneys for Defendant
VISA INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 4, 2015

_____
Hon. Jacqueline Scott Corley
UNITED STATES MAGISTRATE JUDGE

/ / /

/ / /

2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT