1  Michael J. McCue (CA Bar No. 296425)
   E-mail:mmccue@lrrlaw.com
2  Jonathan W. Fountain (*pro hac vice* pending)
   E-mail:jfountain@lrrlaw.com
3  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Pkwy, Suite 600
4  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
5  Fax: 702.949.8398

6  Attorneys for Defendant
   VISA INC., a Delaware corporation

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12

13  THE WAVE STUDIO, LLC, a New York          Case No.  3:15-cv-000239-JSC
    Limited Liability Corporation,
14                                            Honorable Magistrate
                  Plaintiff,                  Judge Jacqueline Scott Corley
15
            v.                                **[PROPOSED] ORDER GRANTING**
16                                            **DEFENDANT VISA, INC.'S**
    VISA INC., a Delaware corporation, and    **MOTION TO TRANSFER**
    DOES 1-100,
17
                  Defendants.
18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* 3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER

This matter came before the Court on Defendant Visa Inc.'s Motion to Transfer. The Court rules as follows:

Pursuant to 28 U.S.C. § 1404(a), Visa's Motion to Transfer this case to the United States District Court for the Southern District of New York is hereby GRANTED.

IT IS SO ORDERED.


Dated:

By: _____
Honorable Magistrate
Judge Jacqueline Scott Corley

3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

LEWIS ROCA
ROTHGERBER