# Exhibit A

# Exhibit A



A  S T Y L E  T O  R E M E M B E R

30 April 2005

Philippe Kjellgren
President
Kiwi Collection Inc
1295 Jonhston Street
Vancouver BC Canada
V6H 3R9

Dear Mr Kjellgren

## KIWI COLLECTION - GHM CDS

Please find enclosed the hotel cds of the following hotels for the Kiwi Collection:

- The Chedi Phuket 02
- The Chedi Chiang Mai 03
- The Chedi Muscat 04
- The Chedi Club Ubud 05
- The Leela Goa 06
- The Lalu 07
- The Strand 08
- The Datai 09
- The Andaman 10
- The Legian 11

For The Setai, images can be downloaded from the website:
**Check:** ftp.setai.com
**User Name:** setai
**Password**: southbeach


Regards
Shela Joseph
Sales Administrator

SALES OFFICE
NO. 1 ORCHARD SPRING LANE #04-02 TOURISM COURT SINGAPORE 247729.   TEL: (65) 6221 5250   FAX: (65) 6221 6272