# Exhibit D

# Exhibit D

ADRMOP,AO279,CLOSED,TRANSF

## U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:14-cv-01342-RS

The Wave Studio, LLC v. Mastercard International, Inc.     Date Filed: 03/24/2014
Assigned to: Hon. Richard Seeborg     Date Terminated: 10/10/2014
Cause: 17:501 Copyright Infringement     Jury Demand: Plaintiff
    Nature of Suit: 820 Copyright
    Jurisdiction: Federal Question

**Plaintiff**

**The Wave Studio, LLC**     represented by **Nate A. Garhart**
*a New York Limited Liability Corporation*     Cobalt LLP
    918 Parker Street
    Building A21
    Berkeley, CA 94710
    (510) 841-9800
    Fax: (510) 295-2401
    Email: nate@cobaltlaw.com
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Amanda R. Conley**
    O'Melveny and Myers
    Two Embarcadero Center
    28th Floor
    San Francisco, CA 94111
    415-984-8829
    Email: amanda@cobaltlaw.com
    *ATTORNEY TO BE NOTICED*

    **Vijay K. Toke**
    Cobalt LLP
    918 Parker Street
    Bldg. A21
    Berkeley, CA 94710
    (510) 841-9800
    Fax: (510) 295-2401
    Email: vijay@cobaltlaw.com
    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mastercard International, Inc.**     represented by **Blaine Christopher Kimrey**
*a Delaware corporation*     Vedder Price P.C.
    222 N. LaSalle, Suite 2600
    Chicago, IL 60606
    (312) 609-7865
    Email: bkimrey@vedderprice.com
    *LEAD ATTORNEY*
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Brittany A. Sachs**
    Vedder Price P.C.
    275 Battery Street Suite 2464
    San Francisco, CA 94111
    415-749-9500
    Fax: 415-749-9502
    Email: bsachs@vedderprice.com
    *ATTORNEY TO BE NOTICED*

    **Bryan Kyle Clark**

Vedder Price P.C.
222 N. Lasalle, Suite 2600
Chicago, IL 60601
312-609-7810
Email: bclark@vedderprice.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lucky Meinz**
Vedder Price PC
One Embarcadero Center, Suite
San Francisco, CA 94111
(415) 749 9500
Fax: (415) 749 9502
Email: lmeinz@vedderprice.com
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**Virtuoso Ltd.** represented by **Blaine Christopher Kimrey**
Vedder Price P.C.
222 N. LaSalle
Suite 2600
Chicago, IL 60606
(312) 609-7865
Email: bkimrey@vedderprice.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brittany A. Sachs**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Bryan Kyle Clark**
Vedder Price P.C.
222 N. Lasalle
Suite 2600
Chicago, IL 60601
312-609-7810
Email: bclark@vedderprice.com
*ATTORNEY TO BE NOTICED*

**Lucky Meinz**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2014 | 1 | COMPLAINT for Copyright Infringement; Jury Trial Demanded against Mastercard International, Inc. (Filing Fee $400.00, Receipt No. 0971-8475091). Filed by The Wave Studio, LLC. (Attachments: # 1 Exhibit Exhibit 1, part 1, # 2 Exhibit Exhibit 1, part 2, # 3 Exhibit Exhibit 1, part 3, # 4 Exhibit Exhibit 2, # 5 Civil Cover Sheet Civil Cover Sheet)(Garhart, Nate) (Filed on 3/24/2014) Modified on 3/24/2014 (cjlS, COURT STAFF). Modified on 3/26/2014 (gbaS, COURT STAFF). (Entered: 03/24/2014) |
| 03/24/2014 | 2 | Case assigned to Hon. Richard Seeborg.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E-Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5-1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (cjlS, COURT STAFF) (Filed on 3/24/2014) (Entered: 03/24/2014) |
| 03/24/2014 | 3 | Proposed Summons. (Garhart, Nate) (Filed on 3/24/2014) (Entered: 03/24/2014) |
| 03/26/2014 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 6/12/2014. Case Management Conference set for 6/19/2014 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Standing Order) (gbaS, COURT STAFF) (Filed on 3/26/2014) (Entered: 03/26/2014)** |

| | | |
|---|---|---|
| 03/26/2014 | 5 | Summons Issued as to Mastercard International, Inc.. (gbaS, COURT STAFF) (Filed on 3/26/2014) (Entered: 03/26/2014) |
| 03/26/2014 | 6 | REPORT on the filing of an action regarding Copyright Infringement. (cc: form mailed to register). (gbaS, COURT STAFF) (Filed on 3/26/2014) (Entered: 03/26/2014) |
| 04/11/2014 | 7 | CLERKS NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 6/19/2014. Case Management Conference previously set for 6/19/14 has been rescheduled to 6/26/2014 10:00 AM in Courtroom 3, 17th Floor, San Francisco. **This is a text only entry. There is no document associated with this notice. (cl, COURT STAFF) (Filed on 4/11/2014) (Entered: 04/11/2014)** |
| 06/18/2014 | 8 | CLERKS NOTICE Case Management Statement due by 7/24/2014. Case Management Conference set for 7/31/2014 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (rslc2, COURT STAFF) (Filed on 6/18/2014) (Entered: 06/18/2014) |
| 06/18/2014 | 9 | NOTICE of Appearance by Vijay K. Toke (Toke, Vijay) (Filed on 6/18/2014) (Entered: 06/18/2014) |
| 07/11/2014 | 10 | FIRST AMENDED COMPLAINT against All Defendants. Filed by The Wave Studio, LLC. (Attachments: # 1 Exhibit Exhibit 1, Part 1 of 3, # 2 Exhibit Exhibit 1, Part 2 of 3, # 3 Exhibit Exhibit 1, Part 3 of 3, # 4 Exhibit Exhibit 2, # 5 Exhibit Exhibit 3)(Garhart, Nate) (Filed on 7/11/2014) Modified on 7/17/2014 (gbaS, COURT STAFF). (Entered: 07/11/2014) |
| 07/11/2014 | 11 | Certificate of Interested Entities by The Wave Studio, LLC (Garhart, Nate) (Filed on 7/11/2014) (Entered: 07/11/2014) |
| 07/21/2014 | 12 | Proposed Summons. (Toke, Vijay) (Filed on 7/21/2014) (Entered: 07/21/2014) |
| 07/22/2014 | 13 | Summons Issued as to Virtuoso Ltd.. (gbaS, COURT STAFF) (Filed on 7/22/2014) (Entered: 07/22/2014) |
| 07/23/2014 | 14 | SUMMONS Returned Executed by The Wave Studio, LLC. Mastercard International, Inc. served on 7/22/2014, answer due 8/12/2014. (Toke, Vijay) (Filed on 7/23/2014) (Entered: 07/23/2014) |
| 07/23/2014 | 15 | REPORT on the filing of First Amended Complaint regarding Copyright Infringement. (cc: form mailed to register). (gbaS, COURT STAFF) (Filed on 7/23/2014) (Entered: 07/23/2014) |
| 07/24/2014 | 16 | CASE MANAGEMENT STATEMENT filed by The Wave Studio, LLC. (Toke, Vijay) (Filed on 7/24/2014) (Entered: 07/24/2014) |
| 07/28/2014 | 17 | SUMMONS Returned Executed by The Wave Studio, LLC. Virtuoso Ltd. served on 7/24/2014, answer due 8/14/2014. (Toke, Vijay) (Filed on 7/28/2014) (Entered: 07/28/2014) |
| 07/29/2014 | 18 | CLERKS NOTICE Case Management Statement due by 8/21/2014. Case Management Conference set for 8/28/2014 10:00 AM in Courtroom 3, 17th Floor, San Francisco. (rslc2, COURT STAFF) (Filed on 7/29/2014) (Entered: 07/29/2014) |
| 08/07/2014 | 19 | STIPULATION WITH PROPOSED ORDER filed by Mastercard International, Inc., Virtuoso Ltd.. (Meinz, Lucky) (Filed on 8/7/2014) (Entered: 08/07/2014) |
| 08/07/2014 | 20 | Certificate of Interested Entities by Mastercard International, Inc. identifying Corporate Parent Mastercard Incorporated for Mastercard International, Inc.. (Meinz, Lucky) (Filed on 8/7/2014) (Entered: 08/07/2014) |
| 08/07/2014 | 21 | Certificate of Interested Entities by Virtuoso Ltd. (Meinz, Lucky) (Filed on 8/7/2014) (Entered: 08/07/2014) |
| 08/08/2014 | 22 | **ORDER GRANTING REQUEST FOR CHANGE OF TIME by Judge Richard Seeborg granting 19 Stipulation (dt, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014)** |
| 08/08/2014 | | Set/Reset Hearing re 22 Order on Stipulation, ***Deadlines terminated., Set/Reset Deadlines: Case Management Conference set for 9/25/2014 10:00 AM in Courtroom 3, 17th Floor, San Francisco. Case Management Statement due by 9/18/2014. (dt, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014) |
| 08/12/2014 | 23 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-8840390.) filed by Mastercard International, Inc., Virtuoso Ltd.. (Clark, Bryan) (Filed on 8/12/2014) (Entered: 08/12/2014) |
| 08/12/2014 | 24 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 305, receipt number 0971-8840567.) filed by Mastercard International, Inc., Virtuoso Ltd.. (Kimrey, Blaine) (Filed on 8/12/2014) (Entered: 08/12/2014) |
| 08/12/2014 | 25 | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY BRYAN CLARK PRO HAC VICE. by Judge Richard Seeborg (cl, COURT STAFF) (Filed on 8/12/2014) (Entered: 08/12/2014)** |
| 08/13/2014 | 26 | **ORDER by Judge Richard Seeborg granting 24 application for admission of attorney Blaine Kimrey for Pro Hac Vice. (cl, COURT STAFF) (Filed on 8/13/2014) (Entered: 08/13/2014)** |
| 09/04/2014 | 27 | MOTION to Transfer Case *or, Alternatively, to Stay* filed by Mastercard International, Inc., Virtuoso Ltd.. Motion Hearing set for 10/2/2014 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. Responses due by 9/18/2014. Replies due by 9/25/2014. (Attachments: # 1 Proposed Order)(Kimrey, Blaine) (Filed on 9/4/2014) (Entered: 09/04/2014) |
| 09/04/2014 | 28 | Request for Judicial Notice re 27 MOTION to Transfer Case *or, Alternatively, to Stay* filed byMastercard International, Inc., Virtuoso Ltd.. (Attachments: # 1 Exhibit A part 1, # 2 Exhibit A part 2, # 3 Exhibit A part 3, # 4 Exhibit A part 4, # 5 Exhibit A part 5, # 6 Exhibit A part 6, # 7 Exhibit A part 7, # 8 Exhibit A part 8, # 9 Exhibit A part 9, # 10 Exhibit A part 10, # 11 Exhibit A part 11, # 12 Exhibit A part 12, # 13 Exhibit A part 13, # 14 Exhibit A part 14, # 15 Exhibit A part 15, # 16 Exhibit A part 16, # 17 Exhibit A part 17, # 18 Exhibit A part 18, # 19 Exhibit A part 19, # 20 Exhibit A part 20, # 21 Exhibit A part 21, # 22 Exhibit A part 22, # 23 Exhibit A part 23, # 24 Exhibit A part 24, # 25 Exhibit A part 25, # 26 Exhibit A part 26, # 27 Exhibit A part 27, # 28 Exhibit A part 28, # 29 Exhibit A part 29, # 30 Exhibit A part 30, # 31 Exhibit A part 31, # 32 Exhibit A part 32, # 33 Exhibit A part 33, # 34 Exhibit A part 34, # 35 Exhibit A part 35, # 36 Exhibit A part 36, # 37 Exhibit A part 37, # 38 Exhibit A part 38, # 39 Exhibit A part 39, # 40 Exhibit |

| | | |
|---|---|---|
| | | A part 40, # 41 Exhibit A part 41, # 42 Exhibit A part 42, # 43 Exhibit A part 43, # 44 Exhibit A part 44, # 45 Exhibit A part 45, # 46 Exhibit A part 46, # 47 Exhibit B, # 48 Exhibit C)(Related document(s) 27 ) (Kimrey, Blaine) (Filed on 9/4/2014) (Entered: 09/04/2014) |
| 09/04/2014 | 29 | Declaration of Daniel F. Benavides filed byMastercard International, Inc., Virtuoso Ltd.. (Attachments: # 1 Exhibit 1)(Kimrey, Blaine) (Filed on 9/4/2014) (Entered: 09/04/2014) |
| 09/17/2014 | 30 | NOTICE of Appearance by Brittany A. Sachs (Sachs, Brittany) (Filed on 9/17/2014) (Entered: 09/17/2014) |
| 09/18/2014 | 31 | First MOTION for Leave to File *Second Amended Complaint* filed by The Wave Studio, LLC. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Conley, Amanda) (Filed on 9/18/2014) (Entered: 09/18/2014) |
| 09/18/2014 | 32 | CASE MANAGEMENT STATEMENT filed by Mastercard International, Inc., Virtuoso Ltd.. (Attachments: # 1 Declaration of Blaine C. Kimrey)(Kimrey, Blaine) (Filed on 9/18/2014) (Entered: 09/18/2014) |
| 09/18/2014 | 33 | CASE MANAGEMENT STATEMENT filed by The Wave Studio, LLC. (Conley, Amanda) (Filed on 9/18/2014) (Entered: 09/18/2014) |
| 09/18/2014 | 34 | RESPONSE (re 27 MOTION to Transfer Case *or, Alternatively, to Stay* ) filed byThe Wave Studio, LLC. (Attachments: # 1 Declaration of J. Lee ISO Opposition to Motion for Transfer or Stay)(Conley, Amanda) (Filed on 9/18/2014) (Entered: 09/18/2014) |
| 09/19/2014 | 35 | CLERK'S NOTICE The Case Management Conference previously set for 9/25/14 is continued to 10/2/14 at 1:30 p.m. in Courtroom 3, 17th Floor, San Francisco. This is a text only entry. There is no document associated with this notice. (rslc2, COURT STAFF) (Filed on 9/19/2014) (Entered: 09/19/2014) |
| 09/19/2014 | | Set Hearing re 31 First MOTION for Leave to File *Second Amended Complaint* Motion Hearing set for 11/13/2014 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. **This is a text only entry. There is no document associated with this notice. (cl, COURT STAFF) (Filed on 9/19/2014) (Entered: 09/19/2014)** |
| 09/19/2014 | 36 | RESPONSE (re 27 MOTION to Transfer Case *or, Alternatively, to Stay* ) *AMENDED* filed byThe Wave Studio, LLC. (Toke, Vijay) (Filed on 9/19/2014) (Entered: 09/19/2014) |
| 09/19/2014 | | Reset Hearing re 31 First MOTION for Leave to File *Second Amended Complaint* Motion Hearing previously set for 11/13/14 has been Rescheduled to 11/20/2014 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. **This is a text only entry. There is no document associated with this notice. (cl, COURT STAFF) (Filed on 9/19/2014) (Entered: 09/19/2014)** |
| 09/24/2014 | 37 | CLERK'S NOTICE CONTINUING HEARING ON MOTION TO TRANSFER 27 MOTION to Transfer Case *or, Alternatively, to Stay*. Motion Hearing previously set for 10/2/14 has been Continued to 10/9/2014 01:30 PM in Courtroom 3, 17th Floor, San Francisco before Hon. Richard Seeborg. **This is a text only entry. There is no document associated with this notice. (cl, COURT STAFF) (Filed on 9/24/2014) (Entered: 09/24/2014)** |
| 09/24/2014 | 38 | CLERK'S NOTICE Case Management Statement due by 11/6/2014. The Case Management Conference previously set for 10/2/14 is continued to 11/13/14 at 10:00 AM in Courtroom 3, 17th Floor, San Francisco. This is a text only entry. There is no document associated with this notice. (rslc2, COURT STAFF) (Filed on 9/24/2014) (Entered: 09/24/2014) |
| 09/25/2014 | 39 | REPLY (re 27 MOTION to Transfer Case *or, Alternatively, to Stay* ) *in Support* filed byMastercard International, Inc., Virtuoso Ltd.. (Kimrey, Blaine) (Filed on 9/25/2014) (Entered: 09/25/2014) |
| 09/25/2014 | 40 | RESPONSE (re 31 First MOTION for Leave to File *Second Amended Complaint* ) *in Opposition* filed byMastercard International, Inc., Virtuoso Ltd.. (Kimrey, Blaine) (Filed on 9/25/2014) (Entered: 09/25/2014) |
| 10/09/2014 | 41 | Minute Entry: Motion Hearing held on 10/9/2014 before Judge Richard Seeborg (Date Filed: 10/9/2014) re 27 MOTION to Transfer Case *or, Alternatively, to Stay* filed by Virtuoso Ltd., Mastercard International, Inc.. (Court Reporter Jo Ann Bryce.) (cl, COURT STAFF) (Date Filed: 10/9/2014) (Entered: 10/09/2014) |
| 10/09/2014 | 42 | REPLY (re 31 First MOTION for Leave to File *Second Amended Complaint* ) filed byThe Wave Studio, LLC. (Toke, Vijay) (Filed on 10/9/2014) (Entered: 10/09/2014) |
| 10/10/2014 | 43 | **ORDER by Judge Richard Seeborg granting 27 Motion to Transfer Case. (cl, COURT STAFF) (Filed on 10/10/2014) (Entered: 10/10/2014)** |
| 10/10/2014 | 44 | REPORT on the determination of an action regarding Copyrights Infringement. (cc: form mailed to register). (gbaS, COURT STAFF) (Filed on 10/10/2014) (Entered: 10/10/2014) |
| 10/10/2014 | | Transferring case electronically to the Southern District of New York. ***1:14-cv-08322*** (gbaS, COURT STAFF) (Filed on 10/10/2014) Modified on 10/21/2014 (gbaS, COURT STAFF). (Entered: 10/10/2014) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/13/2015 17:46:29 | | | |
| **PACER Login:** | mm3245:2881880:0 | **Client Code:** | 155555-55555/0724/WAVE |
| **Description:** | Docket Report | **Search Criteria:** | 3:14-cv-01342-RS |

| Billable Pages: | 6 | Cost: | 0.60 |