MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRLaw.com
JONATHAN W. FOUNTAIN (*pro hac vice pending*)
Email: JFountain@LRRLaw.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRLaw.com
4300 Bohannon Drive, Suite 230
Melo Park, California 94025
(650) 391-1380 (Tel.)
(650) 391-1395 (Fax)

*Attorneys for Defendant Visa Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(San Francisco Division)**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>Defendants. | Case No.: 3:15-cv-00239-JSC<br><br>**DEFENDANT VISA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities, other than the parties, that are known by Defendant Visa Inc. to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1)  General Hotel Management Ltd. ("GHM") is the party believed to be the original source of the photographs at issue in this litigation and is a defendant in a related litigation, *The Wave Studio, LLC v. General Hotel Management Ltd.*, Case No. 7:13-cv-09239-CS-PED, pending in the United States District Court for the Southern District of New York; and

2)  Kiwi Collection Inc., the entity that operates the websites referenced in the Complaint.

Dated:  May 18, 2015

               LEWIS ROCA ROTHGERBER LLP

By:    /s/  Michael J. McCue
Michael J. McCue
Email:  MMcCue@LRRLaw.com
Jonathan W. Fountain
Email: JFountain@LRRLAW.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

AARON D. JOHNSON (SBN: 261747)
Email:  ADJohnson@LRRLaw.com
4300 Bohannon Drive, Suite 230
Melo Park, California  94025
(650) 391-1380 (Tel.)
(650) 391-1395 (Fax)

*Attorneys for Defendant Visa Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, I caused a true and accurate copy of the foregoing document entitled DEFENDANT VISA INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notice of the same to the following counsel of record:

>Nate A. Garhart, Esq.
>Vijay K. Toke, Esq.
>Amanda R. Conley, Esq.
>COBALT LLP
>918 Parker St., Bldg. A21
>Berkeley, California 94710
>
>*Attorneys for Plaintiff*
>*The Wave Studio, LLC*

Dated: this 18th day of May, 2015.

      /s/ Rebecca J. Contla
An Employee of Lewis Roca Rothgerber LLP