MICHAEL J. MCCUE (SBN: 296425)
Email: MMcCue@LRRLaw.com
JONATHAN W. FOUNTAIN (*pro hac vice pending*)
Email: JFountain@LRRLAW.com
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRLaw.com
4300 Bohannon Drive, Suite 230
Melo Park, California 94025
(650) 391-1380 (Tel.)
(650) 391-1395 (Fax)

*Attorneys for Defendant Visa Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(San Francisco Division)**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>           Defendants. | Case No.:   3:15-cv-00239-JSC<br><br>**DEFENDANT VISA INC.'S CORPORATE DISCLOSURE STATEMENT** |

///

///

///

///

///

///

1   Defendant Visa Inc.'s Corporate Disclosure
Case No.: 3:15-cv-239-JSC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Visa Inc. ("Visa") hereby states that it is a publicly held corporation that does not have a parent company and that no publicly held corporation currently owns 10% or more of Visa Inc.'s stock.

Dated: May 18, 2015

                        LEWIS ROCA ROTHGERBER LLP

By:    /s/   Michael J. McCue
Michael J. McCue
Email: MMcCue@LRRLaw.com
Jonathan W. Fountain
Email: JFountain@LRRLAW.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200 (Tel.)
(702) 949-8398 (Fax)

AARON D. JOHNSON (SBN: 261747)
Email: ADJohnson@LRRLaw.com
4300 Bohannon Drive, Suite 230
Melo Park, California 94025
(650) 391-1380 (Tel.)
(650) 391-1395 (Fax)

*Attorneys for Defendant Visa Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2015, I caused a true and accurate copy of the foregoing document entitled DEFENDANT VISA INC.'S CORPORATE DISCLOSURE STATEMENT to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notice of the same to the following counsel of record:

Nate A. Garhart, Esq.
Vijay K. Toke, Esq.
Amanda R. Conley, Esq.
COBALT LLP
918 Parker St., Bldg. A21
Berkeley, California 94710

*Attorneys for Plaintiff*
*The Wave Studio, LLC*

Dated: this 18th day of May, 2015.

    /s/  Rebecca J. Contla
An Employee of Lewis Roca Rothgerber LLP