UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>VISA, INC.,<br><br>        Defendant. | Case No. 15-cv-00239-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 28 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for July 29, 2015 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due ten Court days prior to the conference.

Please report to Courtroom 9, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 19, 2015

Richard W. Wieking
Clerk, United States District Court

By: _____
William Noble, Deputy Clerk to the
Honorable JON S. TIGAR
415-522-2036