Michael J. McCue (CA Bar No. 296425)
E-mail:mmccue@lrrlaw.com
Jonathan W. Fountain (*pro hac vice* pending)
E-mail:jfountain@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

Attorneys for Defendant
VISA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>  Defendants. | Case No.  3:15-cv-000239-JST<br><br>The Honorable Judge Jon S. Tigar<br><br>**DEFENDANT VISA INC.'S RENOTICE OF MOTION TO TRANSFER OR STAY THIS ACTION**<br><br>**[28 U.S.C. § 1404(A)]**<br><br>Date:     July 16, 2015<br>Time:    2:00 p.m.<br>Location: Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California<br><br>Date Action Filed:01/16/2015 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE THAT on **July 16, 2015, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel of record shall appear before the Honorable Jon S. Tigar of the United States District Court for the Northern District of California, located at Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and present Defendant Visa Inc.'s Motion to Transfer or to Stay This Action (the "Motion"). The Motion was previously filed on May 18, 2015, and set for hearing on June 25, 2015. Because the action has been re-assigned to Judge Tigar, the Motion is now being re-noticed for hearing before Judge Tigar.

The Motion is identical to the previously filed motion and accompanying points and authorities and supporting documents, including the Declaration of Brian Mumby, the Declaration of Jonathan W. Fountain, the Declaration of Rebecca Contla, and such other information in the Court's record as will be presented orally or in writing to the Court.

The interests of justice and convenience strongly favor transfer of this action to the United States District Court for the Southern District of New York because a case involving intertwining issues (the "New York Action") is already being litigated there. Even if the Court does not transfer this action, it should stay these proceedings pending resolution of the core contractual issues between Plaintiff, The Wave Studio, LLC, and New York defendant General Hotel Management Ltd. in that action.

Respectfully submitted,

Dated:   May 28, 2015          LEWIS ROCA ROTHGERBER LLP

By: /s/ Michael J. McCue
    Michael J. McCue
    Jonathan W. Fountain (*pro hac vice* pending)
    3993 Howard Hughes Pkwy., Suite 600
    Las Vegas, NV 89169-5996
    (702) 949-8200 (tel.)
    Attorneys for Defendant

1

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, I caused a true and accurate copy of the foregoing document entitled, DEFENDANT VISA INC.'S RENOTICE OF MOTION TO TRANSFER OR STAY THIS ACTION to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notice of the same to the following counsel of record:

Nate A. Garhart
Vijay K. Toke
Amanda R. Conley
COBALT LLP
918 Parker St., Bldg. A21
Berkeley, California 94710

Attorneys for Plaintiff
The Wave Studio, LLC

Dated: this 28th day of May, 2015.

/s/ Rebecca J. Contla
An Employee of Lewis Roca Rothgerber LLP