1  Michael J. McCue (CA Bar No. 296425)
   E-mail:mmccue@lrrlaw.com
2  Jonathan W. Fountain (*pro hac vice* pending)
   E-mail:jfountain@lrrlaw.com
3  LEWIS ROCA ROTHGERBER LLP
   3993 Howard Hughes Pkwy, Suite 600
4  Las Vegas, NV 89169-5996
   Tel: 702.949.8200
5  Fax: 702.949.8398

6  Attorneys for Defendant
   VISA INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>　　　　Defendants. | Case No.  3:15-cv-000239-JST<br><br>The Honorable Judge Jon S. Tigar<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT VISA, INC.'S MOTION TO TRANSFER** |

This matter came before the Court on Defendant Visa Inc.'s Motion to Transfer. The Court rules as follows:

Pursuant to 28 U.S.C. § 1404(a), Visa's Motion to Transfer is hereby GRANTED. This action is hereby transferred to the United States District Court for the Southern District of New York.

IT IS SO ORDERED.

Dated:

By: _____
Honorable Judge Jon S. Tigar