1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6
   Attorneys for Plaintiff
7  THE WAVE STUDIO, LLC

8
                    **UNITED STATES DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10
                      **SAN FRANCISCO DIVISION**
11

12
   THE WAVE STUDIO, LLC, a New York            Case No.: 3:15-CV-00239-JST
13 Limited Liability Company,

14              Plaintiff,                      **STIPULATION TO EXTEND TIME TO**
                                               **OPPOSE MOTION TO TRANSFER**
15         v.

16 VISA INC., a Delaware Corporation, and DOES
   1-100,
17
                Defendants.
18

19         Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and

20 Defendant Visa Inc. ("Visa") and, by and through their respective counsel of record, hereby

21 stipulate as follows:

22         WHEREAS, Visa filed a motion to transfer or, in the alternative, to stay this case pending

23 the outcome of allegedly related litigation currently pending in the Southern District of New York

24 on May 19, 2015;

25         WHEREAS, Visa also filed a declination of consent to proceed before the magistrate

26 assigned to this case on May 18, 2015, pursuant to which this case was reassigned to Hon. Jon S.

27 Tigar on May 19, 2015;

28 / / /

                                            1

1      WHEREAS, Wave currently has until June 1, 2015 to oppose Visa's motion;

2      WHEREAS, due to a pre-planned vacation outside of the United States, counsel for Wave

3  requested, and counsel for Visa has agreed, to an enlargement of time for Wave to file an opposition

4  to the motion through and including June 15, 2015;

5      WHEREAS, the stipulation entered into herein will not affect the scheduling of this case and

6  will not cause any party to this action any prejudice;

7      WHEREAS, this is the first extension of Wave's deadline to oppose Visa's motion to

8  transfer.

9      NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through

10  their respective counsel, that the parties request and agree to the following briefing schedule for

11  Visa's currently pending motion to transfer:

12          Due Date for Wave's Opposition:    June 15, 2015

13          Due Date for Visa's Reply:    June 29, 2015

14          Hearing Date:    July 16, 2015

15      IT IS SO STIPULATED.

16      DATED: May 28, 2015    COBALT LLP

17

18

19                                          By:  ___/s/ Vijay K. Toke_____
                                                 Vijay K. Toke

20      Attorneys for Plaintiff
        THE WAVE STUDIO, LLC

21

22      DATED: May 28, 2015    LEWIS ROCA ROTHGERBER LLP

23

24

25                                          By:  ___/s/ Michael McCue_____
                                                 Michael McCue

26      Attorneys for Defendant
        VISA INC.

27

28

STIPULATION TO EXTEND TIME TO OPPOSE MOTION TO TRANSFER

ATTESTATION OF CONCURRENCE

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Michael McCue, the above signatory.


Dated: May 28, 2015          By:      /s/ Vijay K. Toke
                                       Vijay K. Toke

STIPULATION TO EXTEND TIME TO OPPOSE MOTION TO TRANSFER

1

ORDER PURSUANT TO STIPULATION

2

3

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on Visa's motion to

4

transfer filed on May 18, 2015 shall be held on July 16, 2015 at 2:00 p.m. in Courtroom 9, 19th

5

Floor, of the San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco,

6

California 94102.

7

8

Dated:

9

_____

Hon. Jon S. Tigar

10

UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO OPPOSE MOTION TO TRANSFER