1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3
   COBALT LLP
4  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
5  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
6
7  Attorneys for Plaintiff
   THE WAVE STUDIO, LLC

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12

13  THE WAVE STUDIO, LLC, a New York        Case No.: 3:15-CV-00239-JST
    Limited Liability Company,
14                                          **STIPULATION TO EXTEND TIME TO
              Plaintiff,                    OPPOSE MOTION TO TRANSFER**
15
         v.
16
    VISA INC., a Delaware Corporation, and DOES
    1-100,
17
              Defendants.
18

19       Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave") and

20  Defendant Visa Inc. ("Visa") and, by and through their respective counsel of record, hereby

21  stipulate as follows:

22       WHEREAS, Visa filed a motion to transfer or, in the alternative, to stay this case pending

23  the outcome of allegedly related litigation currently pending in the Southern District of New York

24  on May 19, 2015;

25       WHEREAS, Visa also filed a declination of consent to proceed before the magistrate

26  assigned to this case on May 18, 2015, pursuant to which this case was reassigned to Hon. Jon S.

27  Tigar on May 19, 2015;

28  / / /

1  WHEREAS, Wave currently has until June 1, 2015 to oppose Visa's motion;

2  WHEREAS, due to a pre-planned vacation outside of the United States, counsel for Wave
3  requested, and counsel for Visa has agreed, to an enlargement of time for Wave to file an opposition
4  to the motion through and including June 15, 2015;

5  WHEREAS, the stipulation entered into herein will not affect the scheduling of this case and
6  will not cause any party to this action any prejudice;

7  WHEREAS, this is the first extension of Wave's deadline to oppose Visa's motion to
8  transfer.

9  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
10 their respective counsel, that the parties request and agree to the following briefing schedule for
11 Visa's currently pending motion to transfer:

12       Due Date for Wave's Opposition:    June 15, 2015
13       Due Date for Visa's Reply:         June 29, 2015
14       Hearing Date:                      July 16, 2015

15  IT IS SO STIPULATED.
16  DATED: May 28, 2015            COBALT LLP

19                                 By:  /s/ Vijay K. Toke
                                        Vijay K. Toke

20                                 Attorneys for Plaintiff
                                   THE WAVE STUDIO, LLC

22
23  DATED: May 28, 2015            LEWIS ROCA ROTHGERBER LLP

25                                 By:  /s/ Michael McCue
                                        Michael McCue

26                                 Attorneys for Defendant
                                   VISA INC.

ATTESTATION OF CONCURRENCE

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Michael McCue, the above signatory.

Dated: May 28, 2015          By:   /s/ Vijay K. Toke
                                         Vijay K. Toke

<u>ORDER PURSUANT TO STIPULATION</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The hearing on Visa's motion to transfer filed on May 18, 2015 shall be held on July 16, 2015 at 2:00 p.m. in Courtroom 9, 19th Floor, of the San Francisco Courthouse, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:   May 28, 2015

