Michael J. McCue (CA Bar No. 296425)
E-mail:mmccue@lrrlaw.com
Jonathan W. Fountain (*pro hac vice* pending)
E-mail:jfountain@lrrlaw.com
LEWIS ROCA ROTHGERBER LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

Attorneys for Defendant
VISA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>    Defendants. | Case No.  3:15-cv-00239-JST<br><br>Honorable Magistrate<br>Judge Jacqueline Scott Corley<br><br>**DEFENDANT VISA INC.'S NOTICE OF WITHDRAWAL OF MOTION**<br><br>[28 U.S.C. § 1404(A)]<br><br>Date: July 16, 2015<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California<br><br>Date Action Filed: 01/16/2015 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In light of the parties' stipulation to transfer this action to the United States District Court for the Southern District of New York (Doc. 34), and pursuant to Local Rule 7-7(e), Defendant Visa Inc. ("Visa"), hereby withdraws its Motion to Transfer or to Stay This Action, previously filed on May 18, 2015 (Doc. 20), and currently set for hearing on July 16, 2015 at 2:00 p.m.

Respectfully submitted,

Dated: June 17, 2015        LEWIS ROCA ROTHGERBER LLP

By: /s/ Michael J. McCue
    Michael J. McCue
    Jonathan W. Fountain (*pro hac vice* pending)
    3993 Howard Hughes Pkwy., Suite 600
    Las Vegas, NV 89169-5996
    (702) 949-8200 (tel.)
    (702) 949-8398 (fax)

Attorneys for Defendant
VISA INC., a Delaware corporation

1

DEFENDANT VISA INC.'S NOTICE
OF WITHDRAWAL OF MOTION
CASE NO. 3:15-CV-000239-JST

6040299_1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2015, I caused a true and accurate copy of the foregoing document entitled, DEFENDANT VISA INC.'S NOTICE OF WITHDRAWAL OF MOTION to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send electronic notice of the same to the following counsel of record:

Nate A. Garhart
Vijay K. Toke
Amanda R. Conley
COBALT LLP
918 Parker St., Bldg. A21
Berkeley, California 94710

Attorneys for Plaintiff
The Wave Studio, LLC

Dated: this 17th day of June, 2015.

/s/ Rebecca J. Contla
An Employee of Lewis Roca Rothgerber LLP