NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>VISA INC., a Delaware Corporation, and DOES 1-100,<br><br>            Defendants. | Case No.: 3:15-CV-00239-JST<br><br>**STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND (PROPOSED) ORDER THEREON** |

Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendant Visa Inc. ("Visa"), by and through their attorneys of record hereby agree and stipulate as follows:

The Parties stipulate that the above-captioned proceeding shall be transferred to the Southern District of New York. Visa believes this case is related to litigation currently pending before Hon. Cathy Seibel and Hon. Paul E. Davison of the Southern District of New York, styled *The Wave Studio, LLC v. General Hotel Management, et al.*, Case No. 7:13-cv-09239-CS-PED (S.D.N.Y.)(the "GHM Action") and should therefore be consolidated with the GHM Action. Plaintiff denies this action is related to the GHM Action. The parties agree that the transfer stipulated here is without prejudice as to the issue of consolidation with the GHM Action and that

1  upon transfer to the Southern District of New York, Visa may seek to file a motion to consolidate
2  this action with the GHM Action.
3      THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred to the
4  Southern District of New York.
5      IT IS SO STIPULATED.
6      DATED: June 15, 2015    COBALT LLP

By:   /s/ Vijay K. Toke
        Vijay K. Toke

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

DATED: June 15, 2015    LEWIS ROCA ROTHGERBER LLP

By:   /s/ Jonathan W. Fountain
        Jonathan W. Fountain

Attorneys for Defendant
VISA INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 19, 2015

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Jon S. Tigar]*

/ / /

/ / /

2
STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND (PROPOSED)
ORDER THEREON

**ATTESTATION OF CONCURRENCE**

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from Jonathan W. Fountain, the above signatory.

Dated: June 15, 2015           By:     /s/ Vijay K. Toke

                                       Vijay K. Toke