U.S. District Court
California Northern District (San Francisco)
CIVIL DOCKET FOR CASE #: 3:15−cv−00239−JST

| | |
|---|---|
| The Wave Studio, LLC v. Visa, Inc. | Date Filed: 01/16/2015 |
| Assigned to: Hon. Jon S. Tigar | Date Terminated: 06/19/2015 |
| Cause: 17:101 Copyright Infringement | Jury Demand: Defendant |
| | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**The Wave Studio, LLC**　　　　　　　　　represented by　**Nate A. Garhart**
*a New York Limited Liability Corporation*　　　　　　　　　Cobalt LLP
　　　　　　　　　　　　　　　　　　　　　　　　　918 Parker Street, Bldg. A21
　　　　　　　　　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　　　　　　　　　(510) 841−9800
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (510) 295−2401
　　　　　　　　　　　　　　　　　　　　　　　　　Email: nate@cobaltlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Amanda R. Conley**
　　　　　　　　　　　　　　　　　　　　　　　　　Cobalt LLP
　　　　　　　　　　　　　　　　　　　　　　　　　918 Parker Street, Bldg. A21
　　　　　　　　　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　　　　　　　　　(510) 841−9800
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (510) 295−2401
　　　　　　　　　　　　　　　　　　　　　　　　　Email: amanda@cobaltlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　　　**Vijay K. Toke**
　　　　　　　　　　　　　　　　　　　　　　　　　Cobalt LLP
　　　　　　　　　　　　　　　　　　　　　　　　　918 Parker Street, Bldg. A21
　　　　　　　　　　　　　　　　　　　　　　　　　Berkeley, CA 94710
　　　　　　　　　　　　　　　　　　　　　　　　　(510) 841−9800
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (510) 295−2401
　　　　　　　　　　　　　　　　　　　　　　　　　Email: vijay@cobaltlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Visa, Inc.**　　　　　　　　　　　　　　　represented by　**Michael James McCue**
*a Delaware corporation*　　　　　　　　　　　　　　　Lewis Roca Rothgerber LLP
　　　　　　　　　　　　　　　　　　　　　　　　　3993 Howard Hughes Parkway, Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89169−5996
　　　　　　　　　　　　　　　　　　　　　　　　　702−949−8200
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 702−949−8398
　　　　　　　　　　　　　　　　　　　　　　　　　Email: MMcCue@LRRLaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Aaron D. Johnson**
Lewis Roca Rothgerber LLP
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025
650−391−1380
Fax: 650−391−1395
Email: adjohnson@lrrlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan W. Fountain**
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169−5996
702−949−8340
Fax: 702−949−8398
Email: JFountain@LRLaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/16/2015 | Ï 1 | COMPLAINT FOR COPYRIGHT INFRINGMENT; JURY TRIAL DEMANDED; against Visa, Inc. ( Filing fee $ 400, receipt number 0971−9217751.). Filed byThe Wave Studio, LLC. (Attachments: # 1 Exhibit 1−A, # 2 Exhibit 1−B, # 3 Exhibit 1−C, # 4 Exhibit 1−D, # 5 Exhibit 1−E, # 6 Exhibit 1−F, # 7 Exhibit 1−G, # 8 Exhibit 1−H, # 9 Exhibit 1−I, # 10 Exhibit 1−J, # 11 Exhibit 1−K, # 12 Exhibit 1−M, # 13 Exhibit 1−N, # 14 Exhibit 1−O, # 15 Exhibit 1−P, # 16 Exhibit 2−A, # 17 Exhibit 2−B, # 18 Exhibit 2−C, # 19 Exhibit 2−D, # 20 Exhibit 2−E, # 21 Exhibit 2−F, # 22 Exhibit 2−G, # 23 Exhibit 2−H, # 24 Exhibit 2−I, # 25 Exhibit 2−J, # 26 Exhibit 2−K, # 27 Exhibit 2−L, # 28 Exhibit 2−M, # 29 Exhibit 2−N, # 30 Exhibit 2−O, # 31 Exhibit 2−P, # 32 Exhibit 2−Q, # 33 Exhibit 2−R, # 34 Exhibit 2−S, # 35 Exhibit 2−T, # 36 Exhibit 2−U, # 37 Exhibit 2−V, # 38 Exhibit 2−W, # 39 Exhibit 2−X, # 40 Exhibit 2−Y, # 41 Exhibit 2−Z, # 42 Exhibit 2−AA, # 43 Exhibit 2−BB, # 44 Exhibit 2−CC, # 45 Exhibit 2−DD, # 46 Exhibit 2−EE, # 47 Exhibit 2−FF, # 48 Exhibit 2−GG, # 49 Exhibit 2−HH, # 50 Exhibit 2−II, # 51 Exhibit 2−JJ, # 52 Exhibit 2−KK, # 53 Exhibit 2−LL, # 54 Exhibit 2−MM, # 55 Exhibit 2−NN, # 56 Exhibit 2−OO, # 57 Exhibit 2−PP, # 58 Exhibit 2−QQ, # 59 Exhibit 2−RR, # 60 Exhibit 2−SS, # 61 Exhibit 2−TT, # 62 Exhibit 2−UU, # 63 Exhibit 2−VV, # 64 Exhibit 2−WW, # 65 Exhibit 2−XX, # 66 Exhibit 2−YY, # 67 Exhibit 2−ZZ, # 68 Exhibit 2−AAA, # 69 Exhibit 2−BBB, # 70 Exhibit 2−CCC, # 71 Exhibit 2−DDD, # 72 Exhibit 2−EEE, # 73 Exhibit 2−FFF, # 74 Exhibit 2−GGG, # 75 Exhibit 2−HHH, # 76 Exhibit 2−III, # 77 Exhibit 2−JJJ, # 78 Exhibit 2−KKK, # 79 Exhibit 2−LLL, # 80 Exhibit 2−MMM, # 81 Exhibit 2−NNN, # 82 Exhibit 2−OOO, # 83 Exhibit 2−PPP, # 84 Exhibit 2−QQQ, # 85 Exhibit 2−RRR, # 86 Exhibit 2−SSS, # 87 Exhibit 2−TTT, # 88 Exhibit 2−UUU, # 89 Exhibit 2−VVV, # 90 Exhibit 2−WWW, # 91 Exhibit 2−XXX, # 92 Exhibit 2−YYY, # 93 Exhibit 2−ZZZ, # 94 Exhibit 2−AAAA, # 95 Exhibit 2−BBBB, # 96 Exhibit 2−CCCC, # 97 Exhibit 2−DDDD, # 98 Exhibit 2−EEEE, # 99 Exhibit 2−FFFF, # 100 Exhibit 2−GGGG, # 101 Exhibit 2−HHHH, # 102 Exhibit 2−IIII, # 103 Exhibit 2−JJJJ, # 104 Exhibit 2−KKKK, # 105 Exhibit 2−LLLL, # 106 Civil Cover Sheet Civil Cover Sheet)(Garhart, Nate) (Filed on 1/16/2015) Modified on 1/20/2015 (aaaS, COURT STAFF). (Entered: 01/16/2015) |
| 01/16/2015 | Ï 2 | Proposed Summons. (Garhart, Nate) (Filed on 1/16/2015) (Entered: 01/16/2015) |
| 01/16/2015 | Ï 3 | Certificate of Interested Entities by The Wave Studio, LLC (Garhart, Nate) (Filed on 1/16/2015) (Entered: 01/16/2015) |
| 01/16/2015 | Ï 4 | CORPORATE DISCLOSURE STATEMENT; by The Wave Studio, LLC (Garhart, Nate) (Filed on |

| | | |
|---|---|---|
| | | 1/16/2015) Modified on 1/20/2015 (aaaS, COURT STAFF). (Entered: 01/16/2015) |
| 01/20/2015 | 5 | Case assigned to Magistrate Judge Jacqueline Scott Corley.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (sv, COURT STAFF) (Filed on 1/20/2015) (Entered: 01/20/2015) |
| 01/20/2015 | 6 | **Initial Case Management Scheduling Order with ADR Deadlines:** Case Management Statement due by 4/16/2015. Case Management Conference set for 4/23/2015 01:30 PM. Signed by Magistrate Judge Jacqueline S. Corley on 1/20/15. (Attachments: # 1 JSC Standing Order, # 2 Standing Order)(aaaS, COURT STAFF) (Filed on 1/20/2015) (Entered: 01/20/2015) |
| 01/20/2015 | 7 | Summons Issued as to Visa, Inc. (aaaS, COURT STAFF) (Filed on 1/20/2015) (Entered: 01/20/2015) |
| 01/20/2015 | 8 | REPORT on the filing or determination of an action regarding :**COPYRIGHT INFRINGEMENT** (cc: form mailed to register). (aaa, COURT STAFF) (Filed on 1/20/2015) (Entered: 01/20/2015) |
| 02/10/2015 | 9 | CLERK'S NOTICE Re: Consent or Declination: Plaintiffs shall file a consent or declination to proceed before a magistrate judge within 14 days of this notice. The forms are available at: http://cand.uscourts.gov/civilforms. (ahm, COURT STAFF) (Filed on 2/10/2015) (Entered: 02/10/2015) |
| 02/24/2015 | 10 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by The Wave Studio, LLC.. (Toke, Vijay) (Filed on 2/24/2015) (Entered: 02/24/2015) |
| 04/02/2015 | 11 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Toke, Vijay) (Filed on 4/2/2015) (Entered: 04/02/2015) |
| 04/09/2015 | 12 | SUMMONS Returned Executed by The Wave Studio, LLC. Visa, Inc. served on 4/3/2015, answer due 4/24/2015. *Answer Due on 5/4/2015* (Toke, Vijay) (Filed on 4/9/2015) (Entered: 04/09/2015) |
| 04/16/2015 | 13 | REPORT of Rule 26(f) Planning Meeting . (Attachments: # 1 Certificate/Proof of Service)(Toke, Vijay) (Filed on 4/16/2015) (Entered: 04/16/2015) |
| 04/16/2015 | 14 | CASE MANAGEMENT STATEMENT filed by The Wave Studio, LLC. (Attachments: # 1 Certificate/Proof of Service)(Toke, Vijay) (Filed on 4/16/2015) (Entered: 04/16/2015) |
| 04/17/2015 | 15 | **ORDER re 14 Case Management Statement filed by The Wave Studio, LLC Joint Case Management Statement due by 6/18/2015. Case Management Conference reset for 6/25/2015 01:30 PM in Courtroom F, 15th Floor, San Francisco. Signed by Magistrate Judge Jacqueline Scott Corley on 4/17/2015. (ahm, COURT STAFF) (Filed on 4/17/2015) (Entered: 04/17/2015)** |
| 04/21/2015 | 16 | CERTIFICATE OF SERVICE by The Wave Studio, LLC re 15 Order,, Set Deadlines/Hearings, (Toke, Vijay) (Filed on 4/21/2015) (Entered: 04/21/2015) |
| 05/03/2015 | 17 | STIPULATION WITH PROPOSED ORDER *TO EXTEND TIME TO RESPOND TO COMPLAINT* filed by The Wave Studio, LLC. (Attachments: # 1 Certificate/Proof of Service)(Toke, Vijay) (Filed on 5/3/2015) (Entered: 05/03/2015) |

| | | |
|---|---|---|
| 05/04/2015 | 18 | **ORDER by Magistrate Judge Jacqueline Scott Corley granting 17 Stipulation TO EXTEND TIME TO RESPOND TO COMPLAINT (ahm, COURT STAFF) (Filed on 5/4/2015) (Entered: 05/04/2015)** |
| 05/18/2015 | 19 | ANSWER to Complaint with Jury Trial Demand filed by Visa, Inc.. (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 20 | NOTICE OF MOTION & MOTION to Transfer Case, *or to Stay This Action; Memorandum of Points and Authorities* filed by Visa, Inc.. Motion Hearing set for 6/25/2015 09:00 AM in Courtroom 3, 17th Floor, San Francisco before Magistrate Judge Jacqueline Scott Corley. Responses due by 6/1/2015. Replies due by 6/8/2015. (Attachments: #(1) Proposed Order)(McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 21 | Declaration of Brian Mumby in Support of 20 MOTION to Transfer Case, *or to Stay This Action; Memorandum of Points and Authorities* filed by Visa, Inc.. (Attachments: #(1) Exhibit A)(Related document(s) 20 ) (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 22 | Declaration of Jonathan W. Fountain in Support of 20 MOTION to Transfer Case, *or to Stay This Action; Memorandum of Points and Authorities* filed by Visa, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Related document(s) 20 ) (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 23 | Declaration of Rebecca J. Contla in Support of 20 MOTION to Transfer Case, *or to Stay This Action; Memorandum of Points and Authorities* filed by Visa, Inc.. (Related document(s) 20 ) (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 24 | Certification of Interested Entities or Persons filed by Visa, Inc. (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 25 | *Corporate Disclosure Statement* filed by Visa, Inc.. (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/18/2015 | 26 | CONSENT/DECLINATION to Proceed Before a United States Magistrate Judge filed by Visa, Inc.. (McCue, Michael) (Filed on 5/18/2015) (Entered: 05/18/2015) |
| 05/19/2015 | 27 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (ahm, COURT STAFF) (Filed on 5/19/2015) (Entered: 05/19/2015) |
| 05/19/2015 | 28 | **ORDER, Case reassigned to Hon. Jon S. Tigar. Magistrate Judge Jacqueline Scott Corley no longer assigned to the case.. Signed by Executive Committee on 5/19/15. (ha, COURT STAFF) (Filed on 5/19/2015) (Entered: 05/19/2015)** |
| 05/19/2015 | 29 | CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE. Case Management Statement due by 7/15/2015. Initial Case Management Conference set for 7/29/2015 at 2:00 PM in Courtroom 9, 19th Floor, San Francisco. (Attachments: # 1 Standing Order, # 2 Standing Order for All Judges of the Northern District) (wsn, COURT STAFF) (Filed on 5/19/2015) (Entered: |

| | | |
|---|---|---|
| | | 05/19/2015) |
| 05/28/2015 | 30 | **ORDER re 27 Clerk's Notice of Impending Reassignment − Text Only, 20 MOTION to Transfer Case *or to Stay This Action; Memorandum of Points and Authorities* filed by Visa, Inc., 28 Order, Case Assigned/Reassigned.**<br><br>**On May 19, 2015, this case was reassigned to the undersigned. See ECF Nos. 27, 28. At the time of reassignment, a Motion to Transfer Case or to Stay This Action, ECF No. 20, was pending. In the Orders regarding reassignment, ECF Nos. 27, 28, the parties were directed to re−notice the Motion to Transfer. The parties have not done so.**<br><br>**Accordingly, the parties are hereby reminded that they must re−notice the Motion to Transfer Case and the hearing on the Motion before the undersigned. The Court will not hear or consider the Motion until it is re−noticed.**<br><br>**Signed by Judge Jon S. Tigar on May 28, 2015. (jstlc1, COURT STAFF) (Filed on 5/28/2015) (Entered: 05/28/2015)** |
| 05/28/2015 | 31 | Re−notice of Motion Hearing re 20 MOTION to Transfer Case *or to Stay This Action; Memorandum of Points and Authorities* filed by Visa, Inc.. Motion Hearing set for 7/16/2015 02:00 PM in Courtroom 9, 19th Floor, San Francisco before Hon. Jon S. Tigar. Responses due by 6/11/2015. Replies due by 6/22/2015. (Attachments: #(1) Proposed Order)(Related document(s) 20 ) (McCue, Michael) (Filed on 5/28/2015) (Entered: 05/28/2015) |
| 05/28/2015 | 32 | MOTION for Extension of Time to File Response as to 20 MOTION to Transfer Case *or to Stay This Action; Memorandum of Points and Authorities* filed by The Wave Studio, LLC. (Toke, Vijay) (Filed on 5/28/2015) (Entered: 05/28/2015) |
| 05/28/2015 | 33 | **ORDER by Judge Jon S. Tigar granting 32 Motion for Extension of Time to File Response as to re 20 MOTION to Transfer Case *or to Stay This Action; Memorandum of Points and Authorities*. Responses due by 6/15/2015. Replies due by 6/29/2015. (wsn, COURT STAFF) (Filed on 5/28/2015) (Entered: 05/28/2015)** |
| 06/15/2015 | 34 | STIPULATION WITH PROPOSED ORDER *TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK* filed by The Wave Studio, LLC. (Toke, Vijay) (Filed on 6/15/2015) (Entered: 06/15/2015) |
| 06/17/2015 | 35 | Notice of Withdrawal of Motion (McCue, Michael) (Filed on 6/17/2015) (Entered: 06/17/2015) |
| 06/19/2015 | 36 | **STIPULATION AND ORDER re 34 STIPULATION WITH PROPOSED ORDER *TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK* filed by The Wave Studio, LLC. Signed by Judge Jon S. Tigar on June 19, 2015. (wsn, COURT STAFF) (Filed on 6/19/2015) (Entered: 06/19/2015)** |
| 06/22/2015 |  | This action is e−transferred to USDC for the Southern District of New York. (ysS, COURT STAFF) (Filed on 6/22/2015) (Entered: 06/22/2015) |