UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>VISA INC., a Delaware Corporation, and DOES 1-100,<br><br>        Defendants. | CASE NO. 7:15-cv-04953-CS-PED |

### NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Amanda R. Conley (CA Bar No. 281270), formerly an attorney at Cobalt LLP and one of the attorneys for The Wave Studio, LLC ("Wave"), hereby withdraws as counsel for Wave. Vijay K. Toke and Nate A. Garhart continue to represent Wave and request that all future correspondence and papers in this action continue to be directed to them.

Respectfully submitted.

Dated: July 7, 2015                      COBALT LLP

                                                   /s/ Nate A. Garhart
                                        Nate A. Garhart (NG9132)

                                        Cobalt LLP
                                        918 Parker Street, Suite A21
                                        Berkeley, CA 94710
                                        P. (510) 841.9800
                                        F. (510) 295.2401

                                        *Attorneys for Plaintiff*
                                        *The Wave Studio, LLC*