UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC

                Plaintiff,

-against-

Visa, Inc.

                Defendant.

7:15 cv 04953 ( UA )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I **Jonathan W. Fountain**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Defendant Visa, Inc.** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Nevada and Michigan** and there are no pending disciplinary proceedings against me in any state or federal court.

Dated:

Respectfully Submitted,

_[signature]_

Applicant Signature

Applicant's Name: Jonathan W. Fountain

Firm Name: Lewis Roca Rothgerber LLP

Address: 3993 Howard Hughes Pkwy., #600

City / State / Zip: Las Vegas, NV 89169

Telephone / Fax: 702-949-8200 / 702-949-8244

E-Mail: jfountain@lrrlaw.com

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF NEVADA

*I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Nevada, do hereby certify that JONATHAN W. FOUNTAIN (Bar No. 10351) was on the 18th day of April, 2007, duly admitted as an attorney and counselor at law to practice in all courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;*

*I FURTHER CERTIFY that the said JONATHAN W. FOUNTAIN is now in good standing; and that his name now appears on the Roll of Attorneys in this office.*



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 8th DAY OF JULY, 2015.

TRACIE K. LINDEMAN, CLERK
SUPREME COURT
STATE OF NEVADA

*[signature]*
Chief Deputy Clerk

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Jonathan W. Fountain*

was admitted to the practice of law in the courts of the State of Michigan on

*May 22, 2002*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: July 10, 2015

Clerk