UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC
                Plaintiff,

-against-

Visa, Inc.
                Defendant.

7:15cv 04953 ( UA )

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Jonathan W. Fountain, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of Nevada and Michigan; and that his/her contact information is as follows (please print):

Applicant's Name: Jonathan W. Fountain

Firm Name: Lewis Roca Rothgerber LLP

Address: 3993 Howard Hughes Pkwy., #600

City / State / Zip: Las Vegas, NV 89169

Telephone / Fax: 702-949-8200 / 702-949-8244

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Visa, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge