UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC
                 Plaintiff,

-against-

Visa, Inc.
                 Defendant.

7:15cv 04953   ( UA )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The motion of __Michael J. McCue__, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of __Bar of D.C. Circuit Court of Appeals, Nevada, Virginia, California__; and that his/her contact information is as follows (please print):

    Applicant's Name: __Michael J. McCue__

    Firm Name: __Lewis Roca Rothgerber LLP__

    Address: __3993 Howard Hughes Pkwy., #600__

    City / State / Zip: __Las Vegas, NV  89169__

    Telephone / Fax: __702-949-8200 / 702-949-8244__

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for __Defendant Visa, Inc.__ in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____

_____
United States District / Magistrate Judge