

Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169

**Jonathan W. Fountain**
Admitted in: Nevada and Michigan
Direct Dial: 702.949.8340 | Fax: 702.949.8374
JFountain@LRRLaw.com

Our File Number:  145907-05013

August 27, 2015

Hon. Cathy Seibel
United States District Judge
Charles L. Brieant United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *The Wave Studio, LLC v. Visa Inc.*
            Case No. 7:15-CV-04953-CS

            *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
            Case No. 7:13-CV-09239-CS

Dear Judge Seibel:

    This firm represents Visa Inc. ("Visa") in *The Wave Studio, LLC v. Visa Inc.*, No. 7:15-CV-04953-CS (the "Visa Action").

    We understand that the Court has set a pre-motion conference on Visa's request to consolidate the Visa Action with *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-CV-09239-CS (the "GHM Action") to occur on September 9, 2015 at 11:30 a.m. Eastern time.  (Doc. 43.)  We further understand based upon correspondence we received today from The Wave Studio, LLC's counsel, that the time for the pre-motion conference has been changed to 9:30 a.m. Eastern time, 6:30 a.m. Pacific time.

    We write to respectfully request that Visa's counsel be permitted to participate in the pre-motion conference by telephone.  Visa's counsel is based in Las Vegas, Nevada.  Visa would like to avoid the expense of having its counsel travel across the country for what Visa understands is likely to be a relatively brief pre-motion conference.  Accordingly, Visa respectfully requests that its counsel be permitted to appear telephonically at the pre-motion conference.

                                Sincerely,

                               /s/ Jonathan W. Fountain
                                Jonathan W. Fountain