UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC

                Plaintiff,

    -against-

Visa, Inc.

                Defendant.

7:15 cv 04953 ( UA )

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I __Michael J. McCue__, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __Defendant Visa, Inc.__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Bar of D.C. Circuit Court of Appeals, Nevada, Virginia, California__ and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 18, 2015.

                                          Respectfully Submitted,

                                          _[signature]_

                                          Applicant Signature

Applicant's Name: Michael J. McCue

Firm Name: Lewis Roca Rothgerber LLP

Address: 3993 Howard Hughes Pkwy., #600

City / State / Zip: Las Vegas, NV  89169

Telephone / Fax: 702-949-8200 / 702-949-8244

E-Mail: mmccue@lrrlaw.com



## District of Columbia Court of Appeals
### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MICHAEL J. MCCUE

was on **DECEMBER 18, 1991** duly qualified and admitted as an attorney and counselor. This attorney is, on the date indicated below, voluntarily registered as an inactive member in good standing of the District of Columbia Bar and, therefore, is not currently eligible to practice law in the District of Columbia.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **AUGUST 14, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE STATE OF NEVADA

---

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Nevada, do hereby certify that MICHAEL McCUE (Bar No. 6055) was on the 14th day of October, 1996, duly admitted as an attorney and counselor at law to practice in all courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said MICHAEL McCUE is now in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 20th DAY OF AUGUST, 2015.

TRACIE K. LINDEMAN, CLERK
SUPREME COURT
STATE OF NEVADA

_____
Chief Deputy Clerk

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

Michael James McCue

was admitted to practice as an attorney and counsellor at the bar of this Court on November 6, 1990.

I further certify that so far as the records of this office are concerned, Michael James McCue is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 26th day of August
A.D. 2015

By: *Ubly Edwards*
*Deputy Clerk*



# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### MICHAEL J. McCUE

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that MICHAEL J. McCUE, #296425, was on the 23rd day of May, 2014, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 21st day of August, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
A. Allen, Senior Deputy Clerk