TM

PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

**VIA E-FILING**

September 2, 2015

Judge Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:     *The Wave Studio, LLC v. Visa Inc.*
        **Case No. 7:15-cv-04953 (CS)**

        *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*
        **Case No. 7:13-cv-09239 (CS)**

Dear Judge Seibel:

Plaintiff, The Wave Studio, LLC, submits this letter in response to Defendant Visa Inc.'s ("Visa") pre-letter motion to the Court of August 18, 2015 requesting a pre-motion conference on Visa's intended motion to consolidate this action with *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239-CS-PED ("GHM Litigation"). Plaintiff does not oppose the request for consolidation with the GHM Litigation.

Respectfully submitted,

COBALT LLP

*/s/ Vijay K. Toke*
Vijay K. Toke

Counsel for Plaintiff The Wave Studio, LLC

VKT/na



Lawyers in Advertising, Promotions & Intellectual Property
cobaltlaw.com

918 Parker Street, Bldg A21
Berkeley, CA 94710

P.510.841.9800
F.510.295.2401