**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York limited liability company,<br><br>                          Plaintiff,<br>        v.<br><br>VISA INC., a Delaware corporation, and DOES 1-100,<br><br>                          Defendants. | No. 15-CV-04953-CS |

**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS**

7189934_1

NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS

Counsel for *Defendant Visa Inc.* gives notice that effective January 4, 2016 Lewis Roca Rothgerber LLP has changed its name to Lewis Roca Rothgerber Christie LLP.

In addition, the email addresses for the attorney(s) who have appeared in this case for Lewis Roca Rothgerber LLP will change as follows:

MMcCue@lrrlaw.com to MMcCue@lrrc.com

JFountain@lrrlaw.com to JFountain@lrrc.com

ADJohnson@lrrlaw.com to ADJohnson@lrrc.com

All other contact information for the firm and its lawyers will remain the same.

Dated: January 5, 2016.

Respectfully submitted,

LEWIS ROCA ROTHGERBER
CHRISTIE LLP

/s/ Michael J. McCue
Michael J. McCue
MMcCue@lrrc.com
Jonathan W. Fountain
JFountain@lrrc.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas NV 89169
Tel. (702) 949-8200
Fax (702) 949-8398

Aaron Johnson (NYSB No. 4783189)
ADJohnson@lrrc.com
4300 Bohannon Drive, Suite 230
Menlo Park, CA 94025
Tel. (650) 391-1380
Fax (650) 391-1395

*Attorneys for Defendant Visa Inc.*