UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CITIBANK, N.A., ET AL., <br><br> Defendants. | Case No. 22-cv-05141 (JMF) <br> Related Case No. 13-cv-09239 (CS)(PE) <br><br> **AFFIDAVIT OF VIJAY K. TOKE IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF CALIFORNIA         )
                            ) ss.:
COUNTY OF SAN FRANCISCO )

Vijay K. Toke, being duly sworn, deposes and says:

1. I, Vijay K. Toke am a partner at Rimon, P.C. located at 423 Washington Street, Suite 600, San Francisco, CA 94111 with an email address of vijay.toke@rimonlaw.com and a telephone number of 415 558.6866.

2. I am an active member in good standing of the bar of the State of California. I hereby respectfully apply for admission to practice *Pro Hac Vice* in the Southern District of New York representing The Wave Studio, LLC ("Plaintiff") in the above-entitled action.

3. My local co-counsel in this case is, Maxim H. Waldbaum (MW-4615), an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of New York.

4. I am an active member in good standing of a United States Court of the highest court of another State, as indicated above and my bar number is 215079.

5. I have never (a) been convicted of a felony, (b) been censured, suspended, disbarred or denied admission or readmission by any court, nor (c) had any disciplinary proceedings against me.

6. A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application as **Exhibit A**.

7. I agree to familiarize myself with, and abide by, the Federal Rules of Civil Procedure and the Local Rules of this Court.

8. I submit this Affidavit in support of the Motion for Admission, *Pro Hac Vice* in the above-entitled action.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 23, 2022
~~San Francisco, CA~~ VT
New York, NY

_____
Vijay K. Toke

Sworn to before me this 23rd
day of June, 2022

_____

COTILAYNE DOROTHY WESTBY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-WE6394895
Qualified in New York County
Certificate on file in New York County
My Commission Expires July 15, 2023

2