IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>          *Plaintiff,*<br><br>   v.<br><br>VISA, INC.,<br><br>          *Defendant.* | Case No. 7:15-cv-04953-CS<br><br>**STIPULATION AND ORDER OF<br>SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to Local Civil Rule 1.4, that the law firm of Robins Kaplan LLP is hereby substituted in place and in the stead of current lead counsel Vijay Toke of Rimon, P.C. as counsel of record for plaintiff, The Wave Studio, LLC, in the above-captioned action.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this matter be served upon the undersigned incoming counsel at the address set forth below.

Dated: New York, New York
       October 10, 2023

| | |
|---|---|
| RIMON, P.C.<br>*Withdrawing Attorneys for Plaintiff*<br><br>By: /s/Vijay K. Toke<br>   Maxim Howard Waldbaum<br>   maxim.waldbaum@rimonlaw.com<br>   Vijay K. Toke<br>   vijay.toke@rimonlaw.com<br>100 Park Avenue, 16th Floor<br>New York, New York 10017<br>Telephone: (212) 363-0270 | ROBINS KAPLAN LLP<br>*Incoming Attorneys for Plaintiff*<br><br>By: /s/Gabriel Berg<br>   Roman Silberfeld (*pro hac vice* to be filed)<br>   Annie Huang<br>   Gabriel Berg<br>   GBerg@RobinsKaplan.com<br>   Jessica Gutierrez (*pro hac vice* to be filed)<br>   Zac Cohen (*pro hac vice* to be filed)<br>   Waleed Abbasi<br>1325 Avenue of the Americas, Suite 2601<br>New York, New York 10019<br>Telephone: (212) 980-7400 |
| THE WAVE STUDIO, LLC<br><br>By: [signature]<br>   Lee Kar Yin | SO ORDERED:<br><br>[signature] Cathy Seibel    10/26/23<br>THE HONORABLE CATHY SEIBEL<br>United States District Court Judge |

62059088.1